Case Title: 

Case Number: **25-cv-14961**

Yiwu Baimei Electronic Commerce Co., Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

An appearance is hereby filed by the undersigned as attorney for:

**Dayilier**
**Chadusil**

Attorney name (type or print): Christopher Keleher

Firm: The Keleher Appellate Law Group, LLC

Street address: 1 East Erie, Suite 525

City/State/Zip: Chicago, Illinois 60611

Bar ID Number: 6277771     Telephone Number: 312-448-8491
(See item 3 in instructions)

Email Address: ckeleher@appellatelawgroup.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as

provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 11, 2026

Attorney signature:    S/ Christopher Keleher
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023