# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case Number: 25-cv-14961 <br><br> Honorable Jorge L. Alonso |

## DEFENDANTS' MOTION TO SET A BRIEFING SCHEDULE

NOW COMES The Defendants, Dayilier and Chadusil ("Defendants"), through counsel, and respectfully request the Court set a briefing schedule to challenge Plaintiff's Motion for Preliminary Injunction, and states as follows:

1. On December 17, 2025, Plaintiff filed its Motion for a Temporary Restraining Order. Doc. 12.

2. The Court granted a Temporary Restraining Order on January 16, 2026. Doc. 18.

3. The undersigned was retained to represent the Defendants on February 9, 2026 and sought settlement negotiations with Plaintiff that day.

4. The Plaintiff filed a motion for Preliminary Injunction on February 10, 2026. Doc. 24.

5. The Defendants need additional time to explore the possibility of settlement as well as assess the bases for Plaintiff's claims and arguments and, if warranted, challenge the Motion for Preliminary Injunction.

6. Given the upcoming Chinese New Year holiday, the Defendants request 21 days from the date of this filing, until March 4, 2026, to file a Response, if necessary, to challenge the Motion for Preliminary Injunction.

February 11, 2026    Respectfully submitted,

<u>s/ Christopher Keleher</u>
The Keleher Appellate Law Group, LLC
1 E. Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 11, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher

The Keleher Appellate Law Group, LLC

1 East Erie Street

Suite 525

Chicago, IL 60611

312-448-8491

ckeleher@appellatelawgroup.com