# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., | ) |
| Plaintiff, | ) Case No. 25-cv-14961 |
| v. | ) |
| | ) Hon. Jorge L. Alonso |
| The Partnerships, And Unincorporated Associations Identified On Schedule A, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

Please take notice that on Tuesday February 19, 2026, Defendants, Dayilier and Chadusil, through the undersigned counsel, shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 at 9:30 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendants's Motion to Set a Briefing Schedule.

February 11, 2026         Respectfully submitted,

                                        s/Christopher Keleher

                                        Christopher Keleher
                                        The Keleher Appellate Law Group
                                        1 East Erie Street
                                        Suite 525
                                        Chicago, IL 60611
                                        312-448-8491
                                        ckeleher@appellatelawgroup.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 11, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com