# Exhibit 2

# DECLARATION OF LONGZHONG WU

I, Zhihao Mo, hereby declare as follows:

1. My name is Zhihao Mo, I am the owner of MOHAO Co.Ltd ("MOHAO") on Walmart.com e-commerce platform, I am over eighteen years of age, and I make this declaration based on my own knowledge.

2. I have reviewed Plaintiff's Complaint and other supporting documents. I understand that MOHAO is being accused of selling infringing products.

3. MOHAO is a Chinese entity incorporated in China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4. Additionally, MOHAO has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing, or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5. I understand that based on the infringing evidence the accused product is identified as "*Scary Pumpkin Witch Cat Round Acrylic Earrings Gift For The Day Heart Stud Earrings Name Earrings Small Earrings Pack Earrings for Ears Womens Fashion Earrings *2PCS*" with the Walmart Product ID number 5864766471. After a diligent search of the sales records, it is confirmed that MOHAO has never sold or shipped any accused products to the U.S. Please see the attached search results from the Walmart Seller Center for verification (**Attachment 1**).

6. As of today, the total amount of funds restrained in the account is USD $ 18,900.40. please see (**Attachment 2**).

7. In addition, MOHAO's Walmart seller account was terminated on October 20, 2025 **(Attachment 3)**, thereby precluding it from conducting any further business on the platform.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Executed on February 12, 2026.

                                                                    */s/ Zhihao Mo*
                                                                    Zhihao Mo

**Attachment 1**



- Home
- Catalog
- Pricing
- Orders
- WFS
- Payments
- Performance
- Analytics
- Reports
- Growth
- Advertising
- Apps

Unlock

# Attachment 2

**Seller Center**

Search Seller Center

- Home
- Catalog
- Pricing
- Orders
- WFS
- **Payments**
  - Transactions
  - Capital
  - Marketplace Wallet
- Performance
- Analytics
  - Growth
- Advertising
- Apps

Unlock

## Statements

Download ▼

⚠ Your payments are suspended due to a **Temporary Restraining Order.** Failure to act on your legal case will impact the upcoming payouts. <u>View details</u>

Sep 6, 2025 - Feb 7, 2026 (Open) ▼

Account balance ⓘ
**$ 18,900.40**

### Payout Details

| | |
|---|---|
| Status | Suspended |
| Payout date | Feb 10, 2026 PDT |
| Payout cycle | Bi-weekly |
| Payout method | pingpong |
| Billing method | N/A - <u>Add now</u> |

⚠ To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.

<u>Learn more about suspensions</u>

| | |
|---|---|
| Opening balance ⓘ | $ 0.00 |
| Reserves ⓘ | $ 0.00 |
| Holds ⓘ | $ 0.00 |

**Sales**

| | |
|---|---|
| Product price | $ 19,182.80 |
| Shipping | $ 6,202.23 |
| Net tax collected | $ 1,714.84 |
| Net commission | −$ 3,290.16 |
| Net tax withheld | −$ 1,714.84 |
| Total Walmart funded savings ⓘ | $ 147.65 |
| **Total:** | **$ 22,242.52** |

**Refunds**

| | |
|---|---|
| Product price | −$ 3,293.78 |
| Shipping | −$ 547.60 |
| Net tax collected | −$ 259.81 |
| Other taxes (fee) | −$ 0.03 |
| Commission | $ 493.21 |
| Net tax withheld | $ 259.81 |
| Excess refund | $ 19.23 |
| Total Walmart funded savings ⓘ | −$ 19.23 |
| **Total:** | **−$ 3,348.20** |

Quick Learn

Feedback

- Home
- Catalog
- Pricing
- Orders
- WFS
- **Payments**
  - Transactions
  - Capital
  - Marketplace Wallet
- Performance
- Analytics
- Growth
- Advertising
- Apps

**Adjustments**

| | |
|---|---|
| Misc. adjustments | $ 11.55 |
| **Total:** | **$ 11.55** |

**Walmart fulfillment services**

| | |
|---|---|
| WFS fulfillment fee | −$ 3.45 |
| WFS Long Term Storage Fee | −$ 1.32 |
| WFS inventory disposal order | −$ 0.70 |
| WFS total discount | $ 0.00 |
| **Total:** | **−$ 5.47** |

**Paid to you** ⓘ     **$ 0.00**

**Closing balance** ⓘ     **$ 18,900.40**

**Savings** ⓘ     <u>View details</u>

| | |
|---|---|
| Others | $ 352.07 |
| Repricer | $ 144.84 |
| **Total saved** | **$ 496.91** |

**Save money every period!**
Explore ways to save money with pricing deals and incentives.     [ Save more ]

Report an issue ↗     Last Updated: Jan 25, 2026

← Unlock

# Attachment 3

Seller Center

- Home
- Catalog
- Pricing
- Orders
- WFS
- Payments
- Performance
- Analytics
- Growth
- Advertising
- Apps

Search Seller Center

ⓘ Walmart is restricting certain Health & Wellness, Beauty, Personal Care, Food supplements, Baby Consumables, and ingestible Pet products, and affected items may be unpublished. You can request approval to sell through our enhanced vetting program for these product types <u>here</u>.

## Your Marketplace Retailer Agreement has been terminated.

### Reason

<u>Trust & Safety</u>

Your seller account and product listings were deactivated on Oct 20, 2025.
Please note that no appeals will be accepted for this termination.

### Account Balance

If you are eligible to receive a final payout, it will be released after refunds & chargebacks subside, around 180 days following your termination. If we determine that your account has been used to engage in fraud, illegal activity or repeated violations of the Seller Policies, your final payouts may be permanently withheld by Walmart pursuant to Section 5 of the Seller Agreement.

For details <u>go to Payments</u>

### Questions?

If you need more information about your payment, please open a support case <u>https://seller.walmart.com/supporthub/contact-support</u>
Remember, this contact cannot accept an appeal.

<u>Learn more at Seller Help</u>

$ Provide a U.S. bank account or credit card to continue using services without interruption. **Set up billing**

Unlock

Quick Learn

Feedback