# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 25-cv-14961 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff"), by and through the undersigned counsel, hereby moves for and extension of time to respond to Defendant No. 11, MOHAO's ("Defendant") Response in Opposition to Plaintiff's Motion for Preliminary Injunction [Doc. 33] until March 16, 2026. In support thereof, Plaintiff submits the following:

1. On December 16, 2025, Plaintiff filed its Amended Complaint alleging violations of 17 U.S.C. § 101 et seq. (copyright infringement) against Defendants. [Doc. 7].

2. On December 17, 2025, Plaintiff filed its Motion for Temporary Restraining Order Including a Temporary Injunction and Temporary Asset Restraint. [Doc. 12]. The Court granted this Motion on January 16, 2026. [Doc. 18]. On January 26, 2026, Plaintiff filed its Motion to Extend the TRO. [Doc. 20]. On January 27, 2026, the Court granted this Motion and Extended the TRO through February 13, 2026. [Doc. 21].

3. On February 10, 2026, Plaintiff filed its Motion for Preliminary Injunction ("Motion for PI"). [Doc. 24]. This Motion is pending before the Court.

4. On February 11, 2026, Plaintiff filed Return Summons. [Doc. 26].

5. On February 12, 2026, Defendant appeared in the case. [Doc. 31].

6. On February 12, 2026, Defendant filed its Motion to Dismiss. [Doc. 32]. The same day, Defendant filed its Response in Opposition to Plaintiff's Motion for PI (Defendant's "Response"). [Doc. 33].

7. On February 13, 2026, the Court entered an Order setting a deadline of February 17, 2026 for Plaintiff to file a Reply to Defendant's Response. [Doc. 34]. The Order also set a deadline of March 16, 2026 for Plaintiff to file a Response to Defendants Motion to Dismiss. *Id*.

8. Plaintiff now respectfully requests that the Court extend the deadline for Plaintiff to file a Reply to Defendant's Response to March 16, 2026, the same day as the deadline for Plaintiff to file a Response to Defendant's Motion to Dismiss.

9. Fed. R. Civ. P. 6(b)(1) states that "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

10. The opinion of *McCann v. Cullinan* set forth the standard:

> Consequently, under Rule 6, when a party seeks an extension of time, the court may extend the time if good cause is shown. Fed. R. Civ. P. 6(b)(1). But Rule 6 differentiates between requests for extensions made *before* the time has expired and requests made *after* the time has expired. If the request is made before the time has expired, then only good cause must be shown. *Under Rule 6,* 'good cause' is not a high standard.

2015 WL 4254226 at *7 (N.D. Ill. July 14, 2015) (citing *Ahanchian v. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010)).

11. As this Motion is filed prior to the deadline expiring, the good cause standard applies.

12. Good cause exists here. Plaintiff is currently negotiating settlement with Defendant and requests this extension of time to explore settlement options. Allowing Plaintiff to further explore settlement in this case is in the interest of conserving judicial resources.

13. Plaintiff also anticipates serving discovery requests on Defendant pursuant to the Temporary Restraining Order. [Doc. 18]. The extension of time will allow Plaintiff to receive Defendant's discovery responses, which in turn will allow Plaintiff to fully and substantively respond to Defendant's Response. As the February 17, 2026 Deadline was set on February 13, 2026, Plaintiff has not had time to serve discovery on Defendant, and with the deadline falling on the Chinese New Year, Plaintiff will not be able to acquire discovery responses prior to the February 17, 2026 deadline passing.

14. An extension of time is also in the interest of conserving judicial resources. Defendant raises the issue of personal jurisdiction in both its Response and in its Motion to Dismiss. Extending the deadline for Plaintiff to file its Reply to March 16, 2026 will allow the court to address the issue of personal jurisdiction raised in both Defendant's filings simultaneously.

15. This is the first request by Plaintiff for the relief requested.

16. Plaintiff's request for additional time to file its Reply is not intended to cause undue delay.

17. No party will be prejudiced by the relief requested herein.

18. Plaintiff has reached out to Defendant's counsel inquiring as to whether this Motion for Extension of Time is opposed or unopposed. As of the time of this filing, Plaintiff has not received a response from Defendant.

## Prayer for Relief

Wherefore, Plaintiff respectfully requests the following relief:

a) That Plaintiff may have an extension of time to file its Reply to Defendant's Response until March 16, 2026; and

b) Any additional relief that the Court deems proper and just.

Respectfully submitted this 16th day of February, 2026.

> */s/ William J. Hausman*
> Bar No. 6353083
> Ford Banister LLC
> 305 Broadway - Floor 7
> New York NY 10007
> Telephone: +1 (212) 500-3268
> Fax: +1 (212) 500-3269
> Email: whausman@fordbanister.com
> *Counsel for Plaintiff*