IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:25-cv-14961 |
| v. | ) | |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE "A," | ) | |
| | ) | |
| Defendants. | ) | |

**Declaration of Qinghua Liao**

I, Qinghua Liao, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am the administrator of the Walmart and Amazon stores listed in the table below (the "Stores"). I have access to the business records of the Stores.

| Store Name | Seller ID |
|---|---|
| INSTAKA | 10001149860 |
| Romansa | 10001470479 |
| LWEEIN | 10001546646 |
| Murdoffiu | 10001701064 |
| Dnna Huang | A1XWUZZ3HVSQMS |

3. The Stores solely operate at address in China and send and receive mail from such address. The Stores have never owned, leased, or utilized an office in Illinois. The Stores have never been liable to the Illinois tax jurisdiction. The Stores never advertised, held telephone listing, or maintained bank account in Illinois, and have no agents, employees, or contractors in Illinois.

1

4. The Stores' product at issue in this litigation is Halloween earring ("Accused Product"). After a diligent search of sale record and to the best of my knowledge, the Stores sold 0 items of the Accused Product to the United States for a revenue of $0, and no item was shipped to the State of Illinois. See **Exhibit A** for complete sale records.

5. The involved ASIN B0D9C6WW7Q on the Amazon store Dnna Huang was removed on November 13, 2024. The removal date for the remaining involved ASINs on the store— B0D9C6X8FW, B0D9C7WM1T, B0D9C7RCSC, and B0D9C8BXSB (child ASIN of B0D9C6WW7Q)—is identified in **Exhibit B** as October 9, 2024. The parent ASIN does not correspond to an independent product page, and the listing displays only its child ASIN. Turning to Walmart, the product listings for the Accused Product across the four Walmart stores were removed between October and November 2024; however, once the links were deleted, the corresponding removal records became unavailable and are therefore not retrievable.

6. In addition, Plaintiff's evidence for the Stores was collected in 2023 and 2024—more than one year ago—as reflected in the evidence files submitted by Plaintiff in **Exhibit C**. Despite this, Plaintiff took no further action until initiating the present lawsuit.

7. The Stores currently have a restrained amount of $11,811.35, **Exhibit D**. Walmart and Amazon limited the Stores' ability to withdraw any funds from the accounts, regardless of whether the amount is connected to the product at issue or from future incomes.

8. The Stores have been in continuous operation since 2021. The Stores plan to continue operations in the foreseeable future and during the litigation, and will pay the judgment the court may award to Plaintiff, if any. The asset restraint currently in place substantially hinders the Stores' liquidity and ability to continue their operations, and the Stores are in urgent need

2

to access the funds to continue the business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this March 2, 2026 in Shenzhen City, China.

*Qinghua Liao*
Qinghua Liao

# Exhibit A









# Orders ⊙

| Purchase order# | Ship by | ⊙ | er# | Order date | Order total | Customer | Fulfilled by | Ship node | Ship node ID | Ship method | Carrier method | Item | Condition | Qty | Ship from | Ship to | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No orders found in All status

Unshipped (5)   Shipped (554)   Cancelled (13)   All (572)

SKU   8498258dN5O714

Seller Center

Home
Catalog
Pricing
Orders
Returns
Adjustments
Disputes
Claims
WFS
Payments
Performance
Analytics
Growth
Advertising
Apps

Orders ⓘ

Purchase order# ⓘ    Ship by    Order#    Order date    Order total    Customer    Fulfilled by    Ship node ⓘ    Ship node ID ⓘ    Ship method    Carrier method ⓘ    Item    Condition    Qty    Ship from    Ship to

SKU

Unshipped (6)    Shipped (1478)    Cancelled (23)    All (1507)

849B3248JLWE1O26

No orders found in All status

Upload Orders

Download Orders files

Downloaded files

Try searching for Shipping

Columns

Filters

Seller Center

- Home
- Catalog
- Pricing
- Orders
- Returns
  - Adjustments
  - Disputes
  - Claims
- WFS
- Payments
- Performance
- Analytics
- Growth
- Advertising
- Reports
- Apps

Upload Orders file

Columns (14

Quick Learn

Feedback

Downloaded files

Download Orders files ▾

Try searching for

## Orders ⊕

Unshipped (20)    Shipped (2789)    Canceled (56)    All (2845)

☰ Filters

| ☐ | Purchase order# ⊖ | SKU | Ship by ＞ | er# | Order date | Order total | Customer | Fulfilled by | Ship node ⊖ | Ship node ID ⊖ | Ship method | Carrier method ⊖ | Item | Condition ✕ | Qty | Ship from | Ship to |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HA50f00808P?l0SZ7C

No orders found in All status



# Exhibit B



amazon seller central | Dina Huang | United States

Manage All Inventory · Account Health · Payments · Feedback Manager · Business Reports · Inventory Reports · Shipments · Return Reports · Campaign Manager · Manage Promotions · Performance Notifications · Price Discounts

‹ View Your Case and Request Log

## Other account issues   Edit

### Latest Updates

**Amazon**
Antonia@chibald.com

Mar 01, 2026
5:56 AM GMT+8

**Reply**

Hello from Amazon Selling Partner Support,

We have completed our investigation regarding the removal dates for the ASINs you inquired about.

After reviewing our records, we found that the following items were discontinued on the dates listed below.

- B0D9C7RCSC - item was discontinued on 2024-09-10
- B0D9C6X8FVV - item was discontinued on 2024-09-10
- B0D9C7WM1T - item was discontinued on 2024-09-10
- B0D9C6WW7Q - item was discontinued on 2024-11-13
- B0D9C8BX5B - item was discontinued on 2024-09-10

These discontinuation dates represent when the items were removed from our catalog. The ASINs are not present in your inventory as well.

If you have any additional questions about these ASINs or need further assistance, please let us know.

To help us continually improve, we ask that you take a moment to complete our survey below to tell us about your experience with this specific interaction.

Were you satisfied with the support provided?

**Yes**   **No**

Thank you for selling with Amazon.

### Case Summary

**ID:** 19578530421
**Status:** Answered

**Primary e-mail:** Antonia@chibald.com
**Cc:**
**Created:** Feb 28, 2026, 6:02 PM GMT+8

Edit

FEEDBACK ×

# Exhibit C



7/20/24, 7:05 PM — Amazon.com: SHERCHPRY 1pair Halloween Earrings Ear Jewelry Occident Style Earrings Accessories Occident Style Dangler Dark Earrings Exaggerated Earrings Jewelry Decor Halloween Dangler : Everything Else

≡ All  Same-Day Delivery  Medical Care ▾  Amazon Basics  Groceries ▾  Livestreams  Buy Again  Pharmacy  Shop By Interest  Household, Health & Baby Care  Books  Subscribe & Save  Joe's Amazon.com

Amazon Fashion  Women  Men  Kids  Luggage  Sales & Deals  New Arrivals  Amazon Brands  prime try before you buy



Visit the SHERCHPRY Store

### SHERCHPRY 1pair Halloween Earrings Ear Jewelry Occident Style Earrings Accessories Occident Style Dangler Dark Earrings Exaggerated Earrings Jewelry Decor Halloween Dangler

Search this page

$6.09

FREE Returns ▾

✓ Save 10% at checkout  Shop items ›

**Product details**

| | |
|---|---|
| Item display length | 2.2 centimeters |
| Item width | 1.93 inches |
| Material | Acrylic |
| Metal type | Acrylic |
| Metal weight | 0.01 g |
| Gem type | No Gemstone, Acrylic |
| Country of Origin | China |

**About this item**

- Large hoop earrings: multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment,cool jewelry decor.
- Halloween earrings: creative shapes make them more and attractive,occident style dangler.

▾ See more

🚩 Report an issue with this product or seller

See product specifications ›

$6.09

FREE Returns ▾

FREE delivery **August 9 - 29**. Details

📍 Deliver to Chicago 60604

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from  Onna Huang
Sold by  Onna Huang
Returns  Eligible for Return, Refund or Replacement...
Payment  Secure transaction

▾ See more

Add to List ▾

## Night out styles

        

$18.95
List: $20.82
PAVOI 14K Gold Plated 3mm Cubic Zirconia Classic Tennis Bracelet | Gold Bracelets for...
★★★★☆ 27,151
#1 Best Seller in Women's Tennis Bracelets
Get it as soon as Friday, Jul 26
FREE Shipping on orders over $35 shipped by Amazon

$25.99
Leopard Skirt for Women Midi Length High Waist Silk Satin Elasticized Cheetah Skirts
★★★★☆ 4,954
Get it as soon as Friday, Jul 26
FREE Shipping on orders over $35 shipped by Amazon

$13.95
PAVOI 14K Gold Convertible Link Huggie Earrings for Women | Paperclip Link Statement Earrings | Cubic Zirconia Two-Toned Rope Drop...
★★★★☆ 4,216

$23.99
LYANER Women's Ruffle Short Sleeve Tie Up Back Crop Top Off Shoulder Blouse
★★★★☆ 6,980
Get it as soon as Friday, Jul 26
FREE Shipping on orders over $35 shipped by Amazon

$12.95
PAVOI 14K Gold Plated 925 Sterling Silver Post Ultra Thick Huggie Earring | Women's Mini...
★★★★☆ 3,890
Amazon's Choice in Women's Hoop Earrings
Get it as soon as Friday, Jul 26
FREE Shipping on orders over $35 shipped by Amazon

$89.00
JW PEI Women's Joy Shoulder Bag
★★★★☆ 1,483
Amazon's Choice
Get it as soon as Friday, Jul 26
FREE Shipping by Amazon

## Based on your recent views

          

Betsey Johnson Pave Skull Dangle Earrings
★★★★★ 1,521
$25.41
✓prime

45 Pairs Fashion Hollow Drop Dangle Earrings Set Women Girls Bohemian National ...
★★★★☆ 7,898
Amazon's Choice in Women's Drop & Dangle Earrings
$18.97
✓prime

14K Yellow Gold Round Stud Earrings
$169.88

10 Pairs Butterfly Dangle Earrings for Women Fashion- Butterfly Earrings Leverback ...
★★★★☆ 190
Amazon's Choice in Girls' Earrings
$15.99
✓prime

NOVICA Artisan Glass Beaded Dangle Earrings Huichol Colorful from Mexico Waterfall ...
★★★★☆ 542
$25.49

YADOCA 68 Pairs Stainless Steel Stud Earrings Set for Men Women Assorted Cute...
★★★★☆ 542
$18.99
✓prime

Fesciory 6 PCS Long Pendant Necklace for Women, Gold Bar Circle Leaf Triangle Tasse...
★★★★☆ 2,743
$14.95
✓prime

## Looking for specific info?

**Product Details**

| | |
|---|---|
| **Product Dimensions :** | 2.2 x 1.93 x 0.08 inches; 0.16 ounces |
| **Item model number :** | 40ES29643TKP02NN4D |
| **Department :** | womens |
| **Date First Available :** | July 12, 2024 |
| **Manufacturer :** | SHERCHPRY |
| **ASIN :** | B0D9C6X8FW |
| **Country of Origin :** | China |

## Product specifications

⌄ See full product specifications

**Jewelry Information**

| | |
|---|---|
| Brand, Seller, or Collection Name | SHERCHPRY |
| Material | Acrylic |
| Gem Type | Acrylic, No Gemstone |

**Metal Information**

| Stainless Steel | |
|---|---|
| Metal | Stainless Steel |
| Metal stamp | 0.925 |
| Metal Weight | 0.01 g |

⌄ See full product specifications

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

**Package List**
1pair x earring

**Features**
-Material: Acrylic accessories for women
-Size: 5.60X4.90X0.20cm/2.20X1.93X0 horror earrings.
-Color: black hoop
- Great choice for your family and friends studs.
- Can match all kinds of Halloween party dress or outfits Cool Ear Jewelry.
- Creative shapes make them more and attractive Dark Earrings.
- Made of premium acrylic material, durable for long term use earring.
- Halloween elements designed earrings, for Halloween decoration Exaggerated Earrings.

**Goods Information**
costume earrings It is made of premium material which is of .Occident Style Dangler It is for your apparel, highlights your fashion taste and makes you more distinctive.halloween spider earrings This item is designed for wearing on Halloween, and any occasion which can catch eyes in a moment

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

No customer reviews

Sponsored ⓘ

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 18 of 45 PageID #:1341

**amazon** Deliver to Chicago 60604 | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Livestreams | Buy Again | Pharmacy | Shop By Interest | Household, Health & Baby Care | Books | Subscribe & Save | Joe's Amazon.com

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | prime try before you buy





Visit the SHERCHPRY Store

### SHERCHPRY 1pair Halloween Earrings Exaggerated Earrings Occident Style Earrings Accessories Cool Jewelry Decor Halloween Dangler Occident Style Dangler Cool Ear Jewelry Dark Earrings

Search this page

$6.19

FREE Returns

✓ Save 10% at checkout  Shop items ›

**Product details**

| | |
|---|---|
| Item display length | 2.2 centimeters |
| Item width | 1.93 inches |
| Material | Acrylic |
| Metal type | Acrylic |
| Metal weight | 0.01 g |
| Gem type | No Gemstone, Acrylic |
| Country of Origin | China |

**About this item**

- Halloween earrings hoop earrings: creative shapes make them more and attractive,halloween earrings.
- Gothic drop: these earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out spider earrings.

See more ∨

⚐ Report an issue with this product or seller

See product specifications ›

---

$6.19

FREE Returns ∨

FREE delivery **August 9 – 29**. Details

◉ Deliver to Chicago 60604

**In Stock**

Quantity: 1 ∨

**Add to Cart**

**Buy Now**

| Ships from | Dnna Huang |
|---|---|
| Sold by | Dnna Huang |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

See more ∨

Add to List ∨

---

## Night out styles







$11.99
Bmadge Gold Geometric Statement Earrings Set Stylish Sectored Twisted Earring Jewelry Gift for...
★★★★☆ 2,748
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

$24.99
LYANER Women's Casual Floral Print Satin Silk High Waist Zipper Mini Short Skirt
★★★★☆ 3,788
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

**Limited time**
-50% $27.45
$54.90
The Drop women's Avery Square Toe Two Strap High Heeled Sandal
★★★★☆ 9,995
**#1 Best Seller** in Women's Heeled Sandals

$14.99
Barzel 18K Gold Plated Multi Stone Crystal Baguette Necklace for Women - Made in Brazil
★★★★☆ 1,524
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

$17.95
PAVOI 14K Gold Plated 3mm Cubic Zirconia Classic Tennis Bracelet | Gold Bracelets for...
★★★★☆ 27,151
**#1 Best Seller** in Women's Tennis Bracelets

$25.99
Leopard Skirt for Women Midi Length High Waist Silk Satin Elasticized Cheetah Skirts
★★★★☆ 4,954
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

---

## Based on your recent views

Sponsored ⓘ

















45 Pairs Fashion Hollow Drop Dangle Earrings Set for Women Girls Bohemian National ...
★★★★☆ 7,898
**Amazon's Choice** in Women's Drop & Dangle Earrings
$18.97
✓prime

Betsey Johnson Pave Skull Dangle Earrings
★★★★★ 1,521
$25.41
✓prime

14K Yellow Gold Round Stud Earrings
$169.88

10 Pairs Butterfly Dangle Earrings for Women Fashion- Butterfly Earrings Leverback ...
★★★★☆ 190
**Amazon's Choice** in Girls' Earrings
$15.99
✓prime

NOVICA Artisan Glass Beaded Dangle Earrings Huichol Colorful from Mexico Waterfall ...
★★★★★ 542
$25.49

YADOCA 68 Pairs Stainless Steel Stud Earrings Set for Men Women Assorted Cute...
★★★★☆ 
**Amazon's Choice** in Women's Earrings
$18.99
✓prime

Fesciory 6 PCS Long Pendant Necklace for Women, Gold Bar Circle Leaf Triangle Tasse...
★★★★☆ 2,743
$14.95
✓prime

---

## Looking for specific info?

## Product Details

| | |
|---|---|
| **Product Dimensions** : | 2.2 x 1.93 x 0.08 inches; 0.16 ounces |
| **Item model number** : | E04129213YYZ |
| **Department** : | womens |
| **Date First Available** : | July 12, 2024 |
| **Manufacturer** : | SHERCHPRY |
| **ASIN** : | B0D9C7WM1T |
| **Country of Origin** : | China |

## Product specifications

˅ See full product specifications

**Jewelry Information**

| | |
|---|---|
| Brand, Seller, or Collection Name | SHERCHPRY |
| Material | Acrylic |
| Gem Type | Acrylic, No Gemstone |

**Metal Information**

**Stainless Steel**

| Metal | Stainless Steel |
|---|---|
| Metal stamp | 0.925 |
| Metal Weight | 0.01 g |

˅ See full product specifications

## Videos

Help others learn more about this product by uploading a video?

[ Upload your video ]

## Product Description

**Package Include**
1pair x earring

**Characteristics**
-Material: Acrylic Dark Style Jewelry
-Color: black Halloween Earrings
-Size: 5.60X4.90X0.20cm/2.20X1.93X0 acrylic.
- Easy to wear and hard to drop, wonderful for daily wearing Cool Jewelry Decor.
- Great women earrings accessory for Halloween party wear Occident Style Earrings Accessories.
- Unique round shape design to show your tastes pendeltons for women.
- Vintage style makes you more charming and elegant girl ornaments.
- Wonderful for your female families and friends. Also for self wearing Occident Style Dangler.

**Goods Information**
bat earrings The earrings are essential accessories for women.halloween earring This earring is with Halloween elements design, the Halloween pattern makes it more unique and cool.skeleton dangle earrings Earrings are all favored by female

## Customer reviews

| | | |
|---|---|---|
| 5 star | [          ] | 0% |
| 4 star | [          ] | 0% |
| 3 star | [          ] | 0% |
| 2 star | [          ] | 0% |
| 1 star | [          ] | 0% |

**No customer reviews**

˅ How customer reviews and ratings work

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |

7/20/24, 7:05 PM  Amazon.com: SHERCHPRY 1pair Halloween Earrings Exaggerated Earrings Occident Style Earrings Accessories Cool Jewelry Decor Halloween Dangler Occident Style Dangler Cool Ear Jewelry Dark Earrings : Everything Else

https://www.amazon.com/SHERCHPRY-Halloween-Earrings-Exaggerated-Accessories/dp/B0D9C7WM1T/ref=sr_1_27crid=3CH0XTYFFWW5N&dib=ey.J2IjoiMSJ9.cBM36_ZDtGJCsYQMKV1MXcvyXiKigLNUHFDSB21Q6bibVxf1WJZJMzNv9XJEL2LPf7fdQRGjKBfPNWwB576pdafQ2xeU0YNeD8nePVUbvVVR6T...  2/3

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 20 of 45 PageID #:1843

amazon | Deliver to Chicago 60604 | All | Trail Halloween Dark Acrylic Earrings Occident Style Cool Ear Jewelry Beauty | EN | Account & Lists | Returns & Orders | Cart 0

Same-Day Delivery · Medical Care · Amazon Basics · Groceries · Livestreams · Buy Again · Pharmacy · Shop By Interest · Household, Health & Baby Care · Books · Subscribe & Save · Joe's Amazon.com

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | prime try before you buy




Visit the SHERCHPRY Store

### SHERCHPRY 1pair Halloween Earrings Occident Style Earrings Accessories Occident Style Dangler Halloween Dangler Jewelry Decor Exaggerated Earrings Dark Earrings Accessories Cool Ear Jewelry

Search this page

$6.59

FREE Returns ∨

✓ Save 10% at checkout  Shop items ›

#### Product details

| | |
|---|---|
| **Item display length** | 2.2 centimeters |
| **Item width** | 1.93 inches |
| **Material** | Acrylic |
| **Metal type** | Acrylic |
| **Metal weight** | 0.01 g |
| **Gem type** | No Gemstone, Acrylic |
| **Country of Origin** | China |

#### About this item

- Exaggerated halloween earrings-- unique round shape design to show your tastes,exaggerated dangler.
- Cool ear jewelry-- vintage style makes you more charming and elegant,decorative dangle earrings.

∨ See more

⚐ Report an issue with this product or seller

See product specifications ›

**$6.59**

FREE Returns ∨

FREE delivery **August 9 - 29**. Details

⊙ Deliver to Chicago 60604

**In Stock**

Quantity: 1 ∨

[ Add to Cart ]

[ Buy Now ]

Ships from  Dnna Huang
Sold by  Dnna Huang
Returns  Eligible for Return, Refund or Replacement...
Payment  Secure transaction

∨ See more

Add to List ∨

## Night out styles








**$11.99**
Elegant Gold Geometric Earrings Exaggerated Statement Earrings Punk Stylish Sectored Twisted Earring Jewelry Gift for...
★★★★☆ 2,748
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

**$24.99**
LYANER Women's Casual Floral Print Satin Silk High Waist Zipper Mini Short Skirt
★★★★☆ 3,788
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

**$25.99**
Leopard Skirt for Women Midi Length High Waist Silk Satin Elasticized Cheetah Skirts
★★★★☆ 4,954
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

**$13.45**
PAVOI 14K Gold Plated 925 Sterling Silver Posts Thick Dome Huggie Earrings for Women |...
★★★★☆ 3,579
Amazon's Choice in Women's Hoop Earrings
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

~~$54.00~~ **-50% $27.45**
The Drop women's Avery Square Toe Two Strap High Heeled Sandal
★★★★☆ 9,995
#1 Best Seller in Women's Heeled Sandals
**Limited time**

~~List: $45.99~~ **-38% $28.69**
PRETTYGARDEN Womens Summer Crew Neck Side Slit Sleeveless Knit Cut Out Tank Top
★★★★☆ 2,444
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon
**Limited time**

## Based on your recent views

Sponsored










**$18.97**
45 Pairs Fashion Hollow Drop Dangle Earrings Set for Women Girls Bohemian National ...
★★★★☆ 7,898
Amazon's Choice in Women's Drop & Dangle Earrings
✓prime

**$25.41**
Betsey Johnson Pave Skull Dangle Earrings
★★★★★ 1,521
✓prime

**$169.88**
14K Yellow Gold Round Stud Earrings

**$18.99**
YADOCA 68 Pairs Stainless Steel Stud Earrings Set for Men Women Assorted Cute...
★★★★☆ 542
Amazon's Choice in Women's Earrings
✓prime

**$25.49**
NOVICA Artisan Glass Beaded Dangle Earrings Huichol Colorful from Mexico Waterfall ...

**$15.99**
10 Pairs Butterfly Dangle Earrings for Women Fashion- Butterfly Earrings Leverback ...
★★★★☆ 190
Amazon's Choice in Girls' Earrings
✓prime

**$14.95**
Feociory 6 PCS Long Pendant Necklace for Women, Gold Bar Circle Leaf Triangle Tasse...
★★★★☆ 2,743
✓prime

## Looking for specific info?

**Product Details** Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 21 of 45 PageID #:1519

| | |
|---|---|
| **Product Dimensions** : | 2.2 x 1.93 x 0.08 inches; 0.16 ounces |
| **Item model number** : | O0492R290AHW |
| **Department** : | womens |
| **Date First Available** : | July 12, 2024 |
| **Manufacturer** : | SHERCHPRY |
| **ASIN** : | B0D9C7RCSC |
| **Country of Origin** : | China |

## Product specifications

⌄ See full product specifications

**Jewelry Information**

| | | | **Metal Information** | |
|---|---|---|---|---|
| Brand, Seller, or Collection Name | SHERCHPRY | | **Stainless Steel** | |
| Material | Acrylic | | Metal | Stainless Steel |
| Gem Type | Acrylic, No Gemstone | | Metal stamp | 0.925 |
| | | | Metal Weight | 0.01 g |

⌄ See full product specifications

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

**Package List**
1pair x earring

**Characteristics**
-Size: 5.60X4.90X0.20cm/2.20X1.93X0 halloween earrings hoop earrings.
-Color: black jewelry
-Material: Acrylic Ear Jewelry
- Halloween elements designed earrings, for Halloween decoration girl earrings.
- Can match all kinds of Halloween party dress or outfits Gothic Drop Earrings.
- Made of premium acrylic material, durable for long term use witch jewelry for women.
- Great choice for your family and friends Halloween Jewelry Decor.
- Creative shapes make them more and attractive earrings girl.

**Goods Description**
Dark Earrings Accessories This item is designed for wearing on Halloween, and any occasion which can catch eyes in a moment.Halloween Dangler It is for your apparel, highlights your fashion taste and makes you more distinctive.halloween earrings for women It is made of premium material which is of

## Customer reviews

| | | | |
|---|---|---|---|
| 5 star | | 0% | No customer reviews |
| 4 star | | 0% | |
| 3 star | | 0% | |
| 2 star | | 0% | |
| 1 star | | 0% | |

⌄ How customer reviews and ratings work

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts

Amazon.com: SHERCHPRY 1pair Halloween Earrings Cool Ear Jewelry Earrings Accessories Occident Style Dangle Halloween Jewelry Decor Dark Coloring Halloween Jewelry Decor Halloween Exaggerated Dangler Exaggerated Earrings : Everything Else

7/20/24, 7:07 PM

amazon | Deliver to Chicago 60064 | All ▾ | SHERCHPRY 1pair Halloween Earrings Cool Ear Jewelry Earrings Accessories Occident Style Cool Ear Jewelry Dark | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Same-Day Delivery | Medical Care ▾ | Amazon Basics | Groceries | Livestreams | Buy Again | Pharmacy | Shop By Interest | Household, Health & Baby Care | Books | Subscribe & Save | Joe's Amazon.com

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | prime try before you buy






Sponsored ⓘ

Visit the SHERCHPRY Store

## SHERCHPRY Halloween Earrings Exaggerated Earrings Occident Style Earrings Accessories Cool Jewelry Decor Halloween

Search this page

$6.09

FREE Returns ▾

✓ Save 10% at checkout  Shop items ▸

Size: 5.6X4.9cm

Color: Black

### Product details

| | |
|---|---|
| Item display length | 2.2 centimeters |
| Item width | 1.93 inches |
| Material | Acrylic |
| Metal type | Acrylic |
| Metal weight | 0.01 g |
| Gem type | No Gemstone, Acrylic |
| Country of Origin | China |

### About this item

- Spider web earrings for women: vintage style makes you more charming and elegant,halloween hollow out earrings.
- Goth jewellery: creative shapes make them more and attractive,dark style jewelry.

⌄ See more

⚑ Report an issue with this product or seller

See product specifications ▸

$6.09

FREE Returns ▾

FREE delivery **August 9 - 29**.
Details

📍 Deliver to Chicago 60604

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Dnna Huang |
| Sold by | Dnna Huang |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

⌄ See more

Add to List ▾

## Night out styles

⋮

     

$11.99
Bmadge Gold Geometric Earrings Exaggerated Statement Earrings Punk Stylish Sectored Twisted Earring Jewelry Gift for...
★★★★☆ 2,748
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

$78.00
List: $129.00
Swarovski Millenia Crystal Jewelry Earring Collection, Blue Crystals, Pink Crystals, Yellow Crystals, Clear Crystals,...
★★★★☆ 374
Get it as soon as **Friday, Jul 26**
FREE Shipping by Amazon

-50% $27.45
$54.00
The Drop women's Avery Square Toe Two Strap High Heeled Sandal
#1 Best Seller in Women's Heeled Sandals
★★★★☆ 9,995

$9.46
List: $11.66
Bmadge Gold Star Flower Geometric Dangle Earrings, Lightweight Studs, Suitable for Any Occasion
★★★★☆ 1,772
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

$25.99
Leopard Skirt for Women Midi Length High Waist Silk Satin Elasticized Cheetah Skirts
★★★★☆ 4,954
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

$13.95
PAVOI 14K Gold Convertible Link Huggie Earrings for Women | Paperclip Link Stateme...
★★★★☆ 4,216
Amazon's Choice in Women's Earrings
Get it as soon as **Friday, Jul 26**
FREE Shipping on orders over $35 shipped by Amazon

## Based on your recent views

Sponsored ⓘ

45 Pairs Fashion Hollow Drop Dangle Earrings Set for Women Girls Bohemian National ...
★★★★☆ 7,898
Amazon's Choice in Women's Drop & Dangle Earrings
$18.97
✓prime

14K Yellow Gold Round Stud Earrings
$169.88

Betsey Johnson Pave Skull Dangle Earrings
★★★★☆ 1,521
$25.41
✓prime

10 Pairs Butterfly Dangle Earrings for Women Fashion- Butterfly Earrings Leverback ...
★★★★☆ 190
Amazon's Choice in Girls' Earrings
$15.99
✓prime

YADOCA 68 Pairs Stainless Steel Stud Earrings Set for Men Women Assorted Cute...
★★★★☆ 542
Amazon's Choice in Women's Earrings
$18.99
✓prime

NOVICA Artisan Glass Beaded Dangle Earrings Huichol Colorful from Mexico Waterfall ...
$25.49

Fesciory 6 PCS Long Pendant Necklace for Women, Gold Bar Circle Leaf Triangle Tasse...
★★★★☆ 2,743
$14.95
✓prime

## Looking for specific info?

7/20/24, 7:07 PM      Amazon.com: SHERCHPRY 1pair Halloween Earrings Cool Ear Jewelry Earrings Accessories Occident Style Dangler Halloween Jewelry Decor Dark Earrings Exaggerated Dangler Exaggerated Earrings : Everything Else

## Product details

**Item Weight** : 0.16 ounces

**Department** : womens

**Date First Available** : July 12, 2024

**Manufacturer** : SHERCHPRY

**ASIN** : B0D9C6WW7Q

## Product specifications

⌄ See full product specifications

### Jewelry Information

| Brand, Seller, or Collection Name | SHERCHPRY |
| --- | --- |
| Material | Acrylic |
| Gem Type | Acrylic, No Gemstone |

### Metal Information

**Stainless Steel**

| Metal | Stainless Steel |
| --- | --- |
| Metal stamp | 0.925 |
| Metal Weight | 0.01 g |

⌄ See full product specifications

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

**Package Include**
1pair x earring

**Characteristics**
-Material: Acrylic Dark Style Jewelry
-Color: black Halloween Earrings
-Size: 5.60X4.90X0.20cm/2.20X1.93X0 acrylic.
- Easy to wear and hard to drop, wonderful for daily wearing Cool Jewelry Decor.
- Great women earrings accessory for Halloween party wear Occident Style Earrings Accessories.
- Unique round shape design to show your tastes pendeltons for women.
- Vintage style makes you more charming and elegant girl ornaments.
- Wonderful your female families and friends. Also for self wearing Occident Style Dangler.

**Goods Information**
bat earrings The earrings are essential accessories for women.halloween earring This earring is with Halloween elements design, the Halloween pattern makes it more unique and cool.skeleton dangle earrings Earrings are all favored by female

## Customer reviews

No customer reviews

| | | |
| --- | --- | --- |
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |





7/20/24, 7:10 PM

Amazon.com

amazon
Deliver to Chicago 60604

Dina Huang | Search Amazon | 🔍

EN 🇺🇸 | Account & Lists | Returns & Orders | 0 Cart

≡ All | Same-Day Delivery | Medical Care ▾ | Amazon Basics | Groceries ▾ | Livestreams | Buy Again | Pharmacy | Shop By Interest | Household, Health & Baby Care | Books | Subscribe & Save | Joe's Amazon.com

1-16 of 459 results

Sort by: Featured ▾

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
Get FREE Shipping on eligible orders shipped by Amazon

**Delivery Day**
☐ Get It Today
☐ Get It by Tomorrow

**Department**
Appliances
Arts, Crafts & Sewing
Automotive
Baby Products
Beauty & Personal Care
Cell Phones & Accessories
Clothing, Shoes & Jewelry
Electronics
Everything Else
Grocery & Gourmet Food
Health & Household
Home & Kitchen
Industrial & Scientific
Office Products
Patio, Lawn & Garden
Pet Supplies
Sports & Outdoors
Tools & Home Improvement
Toys & Games

**Customer Reviews**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Deals & Discounts**
All Discounts

**Condition**
New

**Subscription Options**
☐ Subscribe & Save Eligible

**International Shipping**
☐ International Shipping Eligible

**Availability**
☐ Include Out of Stock

Sponsored ⓘ

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.



SHERCHPRY 4 Tier Crown Display Stand Hair Accessories Organizer Tiara Crown Display Rack Jewelry Tower Vertical Headband Holder Hair Band Storage Tree
$13.99
Save 10% at checkout
FREE delivery **Aug 9 - 29**
Add to cart



3Pcs Empty Airless Pump Bottles, Travel Airless Pump Containers, Empty Refillable Airless Pump, Foundation Travel Pump Bottle for Toner, Gel, Hair Oil, Lotion, Shampoo...
★★★★★ 4
$10.89 ($10.89/Fl Oz)
Typical: $11.99
Save 10% at checkout
FREE delivery on $35 shipped by Amazon.
Add to cart



SHERCHPRY Bow Rings, Gold Bow Ring, Women Ribbon Rings, Bow Knot Ring Statement Jewelry For Her
★★★★☆ 2
$7.99 List: $13.04
Save 8% at checkout
FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or fastest delivery **Overnight 4 AM - 8 AM**
Add to cart



SHERCHPRY Antlers Costume Headband Christmas Reindeer Antlers Headband Cosplay Deer Headband Large Antler Ears Hairband for Chritmas Cosplay Party (Brown)
★★☆☆☆ 3
$9.99 List: $14.43
Save 10% at checkout
FREE delivery **Aug 14 - Sep 5**
Add to cart



SHERCHPRY 2pcs Hematite Ring Finger Ring Fashion Jewelry for Women Chrismas for Mens Men's Engagement Party Ring Rings Fashion Ring Iron Ore Man Christmas
$7.99
Save 10% at checkout
FREE delivery **Aug 9 - 29**
Add to cart



SHERCHPRY 2 Pcs Red String Bracelet Bracelets Unfading Bracelet Creative Bracelet Daily Bangle Fashion Bracelet
$6.09
FREE delivery **Aug 9 - 29**
Add to cart



SHERCHPRY Squirrel Costume Set, Plush Squirrel Ears Headband, Fake Squirrel Tail Cosplay Accessories, Animal Party Cosplay Dress Up, for Kids Adults Supply Coffee
1 Count (Pack of 1)
$23.49 ($23.49/Count)
Save 8% at checkout
FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or **Prime** members get FREE delivery **Mon, Jul 22**
Only 14 left in stock - order soon.
Add to cart



16 Pcs Coffee Bean Breastpin Coffee Bean Pin for Bag Cloth Coffee Shop Work Brooch Coffee Festival
$17.99
FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or **Prime** members get FREE delivery **Mon, Jul 22**

1/3



SHERCHPRY Jewelry Rack Ring Dish Earring Holder Organizer Jewelry Storage Decor Jewelry Holder Key Jewelry Organizer Stand Buddha Hand Ring Tray Trinket Dish Resin...

**$16**⁹⁹ Typical: ~~$19.19~~

Save 8% at checkout

FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or fastest delivery **Wed, Jul 24**

Only 2 left in stock - order soon.

Add to cart



SHERCHPRY Small Cute Cat Keychain, Cat Keyring, Cute Cat Key Chain, Cat Bag Pendant with Bow Ornament for Women Girls Phones Keys Bags (White)

⭐⭐⭐⭐⭐ ∨ 2

**$8**⁹⁹

Save 8% at checkout

FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or fastest delivery **Wed, Jul 24**

Add to cart



SHERCHPRY Valentine Day Bow Keychains Bowknot Pearl Key Ring Handbag Hanging Charms Bowknot Purse Pendant Backpack

⭐☆☆☆☆ ∨ 1

**$9**⁹⁹ List: ~~$12.42~~

FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or fastest delivery **Overnight 4 AM - 8 AM**

Add to cart



SHERCHPRY 6pcs Silver Ankle Bracelets, Silver Dainty Chain Bracelet, Minimalist Stackable Bracelet, Chain Bracelets, Summer Beach Waterproof for Women Teen Girls

⭐⭐⭐⭐☆ ∨ 2

**$9**⁹⁹

Save 10% at checkout

FREE delivery **Fri, Jul 26** on $35 of items shipped by Amazon
Or Prime members get FREE delivery **Tomorrow, Jul 21**

Add to cart



SHERCHPRY 6pcs Light Up Clown Blinking Reindeer Nose LED Glowing Red Nose for Christmas Party Accessories Dress up Props Stage Performance Costume Cosplay

**$7**⁹⁹

Save 10% at checkout

FREE delivery **Aug 9 - 29**

Add to cart



SHERCHPRY 2pcs Belt Casual Girdle Women Sqaure Buckle Waistband Zebra-stripe Waistband

**$9**⁸⁹

Save 10% at checkout

FREE delivery **Aug 9 - 29**

Add to cart



SHERCHPRY Leather Dog Keychain Decorative Car Pendant Dog Design Key Chain Purse Hanging Ornament

**$6**²⁹

Save 10% at checkout

FREE delivery **Aug 9 - 29**

Add to cart



SHERCHPRY 5pcs Watch Reloj Para Hombre Crystals Decor Crystal Decor Sports Decor Women's Digital Bracelet Glass

**$31**⁸⁹

Save 10% at checkout

FREE delivery **Aug 9 - 29**

Add to cart

Sponsored ⓘ

‹ Previous   1   2   3   …   20   Next ›

Need help?

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 27 of 45 PageID #:1525









## About this item

### Product details

**Description**

These earrings are designed with Halloween elements, made of premium material, durable for long term use. Creative shapes make them more and attractive. Wonderful decoration for Halloween party. Great gift choice for your family and friends.

**Features**

-Color: black
-Material: Acrylic
-Size: 5.60X4.90X0.20cm/2.20X1.93X0.08in
- Multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment.
- Stylish and exaggerated appearance, fashion and exquisite.
- Suitable for going party, banquet or Halloween wear.
- Can also be used as a perfect gift for your friends.
- These earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out.

- Multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment.
- Stylish and exaggerated appearance, fashion and exquisite.
- Suitable for going party, banquet or Halloween wear.
- Can also be used as a perfect gift for your friends.
- These earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Assembled Product Dimensions (L x W x H)**
2.20 x 1.93 x 0.08 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆ (0 reviews)

**Write a review**

This item doesn't have any reviews yet.

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 28 of 45 PageID #:1526



Homemaxs

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**1Pair Exaggerated Halloween Jewelry Decor Acrylic Occident Style Dangler (Black)**

**Now $2.82** ~~$3.20~~ ⓘ

You save $0.38

Price when purchased online ⓘ

**Add to cart**

**How do you want your item?**

| Shipping Arrives Nov 4 $3.77 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to Chicago, 60604

Sold and shipped by INSTAKA

★★☆☆☆ 18 seller reviews

View seller information

Extended holiday returns Details
Free Holiday returns until Jan 31

♡ Add to list          🗓 Add to registry

---



+ Add

$2.93 +$3.76 shipping

1Pair Exaggerated Halloween Jewelry Decor Acrylic Occident Style Dangler (Black)

3+ day shipping



Options

+4 options

$8.13

Options from $8.13 – $11.23

DIY Shiny Halloween Witch Keychain Mold Charms Mould Resin Epoxy Jewelry

3+ day shipping



Options

+4 options

$7.71

Shiny Halloween Witch Keychain Silicone Epoxy Jewelry for Luggage Tags Bag Accessories

3+ day shipping

---

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

‹ Back to item

# INSTAKA



★★☆☆☆
2.1 stars out of 5

See all 18 reviews

**17%**  Overall Positive Rating

Shop all seller items

⊞ Business Name: Shenzhenshi ruinengxing keji youxian gongsi

✉ Contact seller

☎ (+86) 13530044717

⊙ Partition A, 11th Floor, Building 3, Jincheng Industrial Park, Tongsheng Community, Dalang Street, L Shenzhen, GD 518000, CN

About Seller

Tax policy

## More items from this seller






| + Add | + Add | + Add | + Add |

$4.13
100pcs 16K Translucent Tracing Paper Copying Calligraphy Writing Drawin...
★★☆☆☆ 2

$5.53 $6.30
110pcs of 2 Box Disposable Swab Double-Headed Cotton Bud Portable Q-tips...

$9.70
5Pcs Turtle Shell for Kids Halloween Cosplay Props EVA Turtle Shell Photo Prop...

$5.89
2pcs Halloween Cosplay Costumes Turtle Shell Props Performance Costumes

## Seller reviews

# 2.1 out of **5**

★★☆☆☆ (18 reviews)



| 5 stars | 2 |
| 4 stars | 1 |
| 3 stars | 4 |
| 2 stars | 1 |
| 1 star | 10 |

---

18 reviews          Sort by | Most Relevant ▾

| | |
|---|---|
| ★★★☆☆                    06/15/2023<br>I HAVEN'T RECEIVED NOTICE OF A REFUND AS OF THIS WRITING SO I CAN NOT GIVE A HIGHER MARK. TIME WILL TELL.<br>walt | ★★★☆☆                    10/10/2023<br>TXStarlight |
| ★☆☆☆☆                    09/11/2023<br>the camera did not have sd card and it was not say anything about that it not included<br>Shirley | ★★★★★                    10/10/2023<br>Dana |
| ★★★☆☆                    03/21/2023<br>Not familiar with them, item was purchased through Wal-Mart Website.<br>Don | ★☆☆☆☆                    10/04/2023<br>Carolyn |
| ★☆☆☆☆                    09/14/2022<br>this will not fit US tv cable do not order you will not be happy with it<br>Jim | ★☆☆☆☆                    10/01/2023<br>Todd |
| | ★☆☆☆☆                    09/27/2023<br>Bs |
| | ★☆☆☆☆                    09/15/2023<br>Robert |



( 1 )  ( 2 )  ( › )

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to provide high quality products and reliable customer service.

## Tax policy

Tax is only required if the state government required. Thanks!











**$5.06** +$9.98 shipping

BLACK HALLOWEEN CREEPY CLOTH

★★★★★ 6

3+ day shipping



Options

**$10.99**
Options from $10.99 – $14.89

+2 options

Mojoyce Halloween Decor Cat Decor Window Hanging Waterproof Black Cat Suncatcher Acrylic

3+ day shipping



**$9.96**

Mainstays Black Metal Centerpiece

★★★★½ 24

3+ day shipping

## About this item

### Product details

**Description**

These earrings are designed with Halloween elements, made of premium material, durable for long term use. Creative shapes make them more and attractive. Wonderful decoration for Halloween party. Great gift choice for your family and friends.

**Features**

-Color: black
-Material: Acrylic
-Size: 5.60X4.90X0.20cm/2.20X1.93X0.08in
- Multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment.
- Stylish and exaggerated appearance, fashion and exquisite.
- Suitable for going party, banquet or Halloween wear.
- Can also be used as a perfect gift for your friends.
- These earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out.

- Multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment
- Stylish and exaggerated appearance, fashion and exquisite
- Suitable for going party, banquet or Halloween wear
- Can also be used as a perfect gift for your friends
- These earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
LWEEIN

**Assembled Product Weight**
0.02 lb

**Manufacturer Part Number**
8498324

**Manufacturer**

LWEEIN

**Model**
8498324

**Contained Battery Type**
1

**Assembled Product Dimensions (L x W x H)**
2.20 x 1.93 x 0.08 Inches

**Warranty** ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

**Warnings** ⌃

⚠ **WARNING:** None

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more



$18.98

5ft. Black Spider Web Halloween Coil Garland by Ashland", Halloween Decorations

3+ day shipping



Reduced price

Now $35.99 $39.99

Skeleton Halloween Symbols 3D Engraved Crystal Decor

3+ day shipping



$26.99

ALLADINBOX 6 Ft Halloween Decoration, Furry Gaint Haunted Hairy Scary Virtual Realistic Posable Spider House Party Outdoor Spooky Decor Supplies, Black

2-day shipping

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

💬 Report incorrect product information



LWEEIN

**1Pair Exaggerated Halloween Jewelry Decor Acrylic Occident Style Dangler (Black)**

**$4.49**

Price when purchased online ⓘ

**Add to cart**

**Actual Color:** As Shown


$4.49

**How do you want your item?**

| 🚚 Shipping Arrives Nov 21 $3.50 | 🚗 Pickup Not available | 🛍 Delivery Not available |

Delivery to Chicago, 60604

🏪 Sold and shipped by **LWEEIN**

View seller information

🔄 Extended holiday returns Details
Free Holiday returns until Jan 31

♡ Add to list     🗐 Add to registry



Sponsored

**$18.98**

5ft. Black Spider Web Halloween Coil Garland by Ashland", Halloween Decorations

3+ day shipping

+ Add

**$16.98**

Ashland Black Philodendron Split Bush, Halloween Decorations

3+ day shipping

+ Add

**$18.98**

5ft. Black Spider Web Halloween Coil Garland by Ashland", Halloween Decorations

3+ day shipping

+ Add

**$16.98**

Ashland Black Eucalyptus Berry Bush, Halloween Decorations

3+ day shipping

+ Add



**$2.94** +$3.75 shipping

1Pair Exaggerated Halloween Jewelry Decor Acrylic Occident Style Dangler (Black)

3+ day shipping

+ Add

Clearance

**Now $3.44** $3.99 +$1.44 shipping

Christmas Deals SHOPESSA Christmas Gifts Jewelry Scary Spider Pumpkin Witch Black Cats Round Acrylic Halloween Earrings on Clearance

3+ day shipping

Options

•• •• •• +2



**$19.78**

BEADNOVA 8mm Natural Black Lava Beads Stone Gen with Free Crystal Stretch Cord for Jewelry Making (40

3+ day shipping

+ Add

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 33 of 45 PageID #:1531

‹ Back to item

# LWEEIN

☆ ☆ ☆ ☆ ☆

No reviews yet

Shop all seller items

⌂ Business Name: shenzhen fengmu maoyi youxiangongsi

✉ Contact seller

☎ (+86) 18124354562

⌖ 315A, No. 19, Yinzhu Road, Nanlian Community, Longgang Street, Longgang District Shenzhen, GD 518000, CN

## Seller reviews

This seller doesn't have any reviews yet.

9/20/24, 1:23 PM
Halloween Earrings Jewlery Jewelry Decor Halloween Party Jewelry Occident Style Dangler Exaggerated Dangler Women's - Walmart.com
Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 34 of 45 PageID #:1532



9/20/24, 1:23 PM

Halloween Earrings Jewlery Jewelry Decor Halloween Party Jewelry Occident Style Dangler Exaggerated Dangler Women's - Walmart.com

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 35 of 45 PageID #:1533

### Features

-Color: black
-Material: Acrylic
-Size: 5.60X4.90X0.20cm/2.20X1.93X0.08in
- Vintage style makes you more charming and elegant.
- Unique round shape design to show your tastes.
- Easy to wear and hard to drop, wonderful for daily wearing.
- Great women earrings accessory for Halloween party wear.
- Wonderful gift for your female families and friends. Also perfect for self wearing.

- Vintage style makes you more charming and elegant.
- Unique round shape design to show your tastes.
- Easy to wear and hard to drop, wonderful for daily wearing.
- Great women earrings accessory for Halloween party wear.
- Wonderful gift for your female families and friends. Also perfect for self wearing.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Gender**
Unisex

**Fine or Fashion**
Fashion

**Metal Type**
Platinum

**Color**
Black

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



+2 options

**$23.19**

DIY Holographic Halloween Theme Earrings Silicone With Hole Necklace Keychain Pendant Charms Epoxy Resin Casting Mould

Shipping, arrives in 3+ days



+3 options

**$7.40**
Options from $7.40 – $12.91

Shiny Halloween Witch Keychain Silicone Epoxy Resin Mold DIY Keychain Pendant Jewelry for Luggage Tags Bag Accessories

Shipping, arrives in 3+ days



+7 options

**$8.06**
Options from $8.06 – $11.21

Apooke Halloween Witch Keychain Silicone Molds Keyc

Shipping, arrives in 3+ days

Report: ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry / Fashion Jewelry / Fashion Jewelry

‹ Back to item

## Murdoffiu

★★★☆☆    See all 27 reviews
3.1 stars out of 5

**41%**   Overall Positive Rating

Shop all seller items

🏠   Business Name: shenzhenshi moduofei keji youxiangongsi

✉   Contact seller

📞   (+86) 18188618904

📍   No.8 Keyuan Road, Science Park Community, Yuehai Street, Nanshan District 15269, Building 3, Xunmei Science and Technology Plaza
Shenzhen, GD 518000, CN

### More items from this seller



+ Add

$4.71 ~~$7.37~~
Marker Peel Off China Grease Markers Wax Pencils Black Glass White Pen Marking Fabric Crayons Bodycrayon
★★★★★ 1



+ Add

$2.97
Etereauty Earring Backs Plastic Clear Backings Pierced Stoppers Stabilizers Rubber Locking Stud Post Safety Lifters
★★★★★ 2



+ Add

$2.77
Baby cloth diaper pins 12pcs Baby Kids Cloth Diaper Stainless Steel Traditional Safety - Size S (Random Color)

### Seller reviews

## 3.1 out of 5
★★★☆☆ (27 reviews)



| | |
|---|---|
| 5 stars | 6 |
| 4 stars | 5 |
| 3 stars | 8 |
| 2 stars | 1 |
| 1 star | 7 |

**Most helpful positive review**    VS    **Most helpful negative review**

★★★★★

Could not find a lower price for such a high-quality tool anywhere.

Paul

★☆☆☆☆

This is hard even for a child to use. The heart shape doesn't always cut. often just presses the paper.

Maria

**27 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆    07/25/2024
I did not receive the items I ordered, I received two item I did not order and have no use for them.
Teresa

★★★★☆    08/19/2024
I was given a 2 week delivery coming from Illinois to Wisconsin. But they arrived in about a week.
Mary

★☆☆☆☆    07/23/2024
This is hard even for a child to use. The heart shape doesn't always cut. often just presses the paper.
Maria

★★☆☆☆    08/07/2024
Measurements are not accurate. So very inconvenient and a hassle. Now I have to return them.
Tiffanie

★★★★★    09/02/2024
Could not find a lower price for such a high-quality tool anywhere.
Paul

★★★★☆    07/28/2024
Tiny, but well made, all nice patterns. But still best buy for $.
De

★★★★★    08/30/2024
Items were exactly as described. They were priced well and arrived in a reasonable amount of time.
Lucie

★☆☆☆☆    07/09/2024
Do not waste your money like I did. Worthless crap!!!
James

★☆☆☆☆    08/22/2024
Iem was shipped in a padded envelope and arrived broken. Glass splinterd all over our carpet
Eric

★★★★☆    06/27/2024
If you are looking for an idea for arts and crafts, this item may come in handy.
Daphne

(1)   2   3   ›

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 37 of 45 PageID #:1535











## About this item

### Product details

**Description**

These earrings are designed with Halloween elements, made of premium material, durable for long term use. Creative shapes make them more and attractive. Wonderful decoration for Halloween party. Great gift choice for your family and friends.

**Features**

-Color: black
-Material: Acrylic
-Size: 5.60X4.90X0.20cm/2.20X1.93X0.08in
- Multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment.
- Stylish and exaggerated appearance, fashion and exquisite.
- Suitable for going party, banquet or Halloween wear.
- Can also be used as a perfect gift for your friends.
- These earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out.

- Multiple usage: designed for wearing in shopping, work and any occasion which can catch eyes in a moment
- Stylish and exaggerated appearance, fashion and exquisite
- Suitable for going party, banquet or Halloween wear
- Can also be used as a perfect gift for your friends
- These earrings are distinctive pieces that add a contemporary finish to any outfit, whether you're going to work, going out, or going all-out

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Assembled Product Dimensions (L x W x H)**
2.20 x 1.93 x 0.08 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Case: 1:25-cv-14961 Document #: 45-1 Filed: 03/03/26 Page 38 of 45 PageID #:1536



Romansa

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**1Pair Exaggerated Halloween Jewelry Decor Acrylic Occident Style Dangler (Black)**

**$2.93**

Price when purchased online ⓘ

[ Add to cart ]

**Actual Color:** Black

| Black |
| $2.93 |

**How do you want your item?**

| 🚚 Shipping<br>Arrives Nov 7<br>$3.76 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to Chicago, 60604

Sold and shipped by Romansa

⭐☆☆☆☆ 1 seller review
View seller information

ⓘ **Extended holiday returns** Details
Free Holiday returns until **Jan 31**

♡ Add to list

🎁 Add to registry

---



+ Add

**$5.89**

BESTONZON 1Pair Exaggerated Halloween Jewelry Decor Acrylic Occident Style Dangler (Black)

3+ day shipping



Options

+4 options

**$8.13**

Options from $8.13 – $11.23

DIY Shiny Halloween Witch Keychain Mold Charms Mould Resin Epoxy Jewelry

3+ day shipping



Options

+4 options

**$7.71**

Shiny Halloween Witch Keychain Silicone Epoxy Jewelry for Luggage Tags Bag Accessories

3+ day shipping

---

**Report:** ⓘ Report seller ⚠ Report suspected stolen goods (to CA Attorney General)

‹ Back to item

## Romansa

★☆☆☆☆  See all 1 review
1 stars out of 5

**0%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
ShenzhenshiHanyimuDianzishangwuyouxiangongsi

✉ Contact seller

📞 (+86) 19928320404

📍 501, Baisheng Building, No.11 Zhongxing
Road, Nansan Community
Buji Street, Longgang District,
Shenzhen
Shenzhen, GD 518000, CN

### More items from this seller

| | | | |
|---|---|---|---|
| **$3.55** ~~$4.03~~ | **$9.71** ~~$11.03~~ | **$2.67** ~~$3.03~~ | **$4.43** ~~$5.03~~ |
| Halloween Themed Decorations Large Size Witch Bucket Plastic Round... | 24pcs Halloween Portable Pumpkin Bucket Children Trick or Treat Pumpkin Can... | 6pcs Halloween Themed Placemat Spider Web Coasters Placemat... | 2pcs Smooth Surface Wooden Sword Props Children's Outdoor Woode... |
| ★☆☆☆☆ 1 | | | |

### Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

1 review    Sort by | Most Relevant ▾

★☆☆☆☆                                          10/04/2023
Robbin

# Exhibit D





## Statements

⚠ Your payments are suspended due to a **Temporary Restraining Order**. Failure to act on your legal case will impact the upcoming previous... View details

Download ▾

| Jan 10, 2026 - Jan 24, 2026 (Open) ▾ | Account balance ⓘ $723.13 | Payout Details | |
|---|---|---|---|
| | | Status | Suspended |
| | | Payout date | Jan 27, 2026 PDT |
| | | Payout cycle | Bi-weekly |
| | | Payout method | Proserver |
| | | Billing method | N/A · Add now |

⚠ To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.
Learn more about suspensions

| | |
|---|---|
| Opening balance ⓘ | $0.00 |
| Reserves ⓘ | $0.00 |
| Holds ⓘ | $0.00 |
| **Sales** | |
| Product price | $788.19 |
| Shipping | $141.56 |
| Net tax collected | $67.36 |
| Net commission | -$133.15 |
| Net tax withheld | -$67.36 |
| Total Walmart funded savings ⓘ | $3.58 |
| **Total:** | **$800.18** |
| **Refunds** | |
| Product price | -$62.96 |
| Shipping | -$5.99 |
| Net tax collected | -$5.59 |
| Commission | $11.90 |
| Net tax withheld | -$5.99 |
| Total Walmart funded savings ⓘ | $0.00 |
| **Total:** | **-$77.05** |
| **Walmart fulfillment services** | |
| **Total:** | **$0.00** |
| Paid to you ⓘ | $0.00 |

# Statements

⊖ Your payments are suspended due to a **Temporary Restraining Order**. Failure to act on your legal case will impact the upcoming payouts.  <u>View details</u>

Search Seller Center

Download ▾

**Jan 10, 2026 - Jan 24, 2026 (Open)** ▾

Account balance ⓘ
**$ 940.16**

| | |
|---|---|
| Opening balance ⓘ | $0.00 |
| Reserves ⓘ | $0.00 |
| Holds ⓘ | $0.00 |
| **Sales** | |
| Product price | $1,208.38 |
| Shipping | $14.33 |
| Net tax collected | $88.99 |
| Net commission | -$177.58 |
| Net tax withheld | -$88.99 |
| Total Walmart funded savings ⓘ | $0.00 |
| **Total:** | **$1,045.13** |
| **Refunds** | |
| Product price | -$117.68 |
| Shipping | $0.00 |
| Net tax collected | -$7.22 |
| Commission | $17.65 |
| Net tax withheld | $7.22 |

**Payout Details**

| | |
|---|---|
| Status | Suspended |
| Payout date | Jan 27, 2026 PDT |
| Payout cycle | Bi-weekly |
| Payout method | ⦿ Payoneer |
| Billing method | N/A - Add now |

⊖ To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.

<u>Learn more about suspensions</u>

Download ▾

⊘ Your payments are suspended due to a **Temporary Restraining Order.** Failure to act on your legal case will impact the upcoming payouts. View details

# Statements



**Help us improve Seller Center**
Answer 2 quick questions about Payments Statements

Not right now | Give feedback

| | |
|---|---|
| Account balance ⓘ | |
| **$1,443.72** | |

Jan 10, 2026 - Jan 24, 2026 (Open) ▾

| | |
|---|---|
| Opening balance ⓘ | $0.00 |
| Reserves ⓘ | $0.00 |
| Holds ⓘ | $0.00 |
| **Sales** | |
| Product price | $1,845.50 |
| Shipping | $73.89 |
| Net tax collected | $137.02 |
| Net commission | -$279.21 |
| Net tax withheld | -$137.02 |
| Total Walmart funded savings ⓘ | $6.29 |
| **Total:** | **$1,646.47** |
| **Refunds** | |
| Product price | -$222.19 |
| Shipping | -$1.79 |

**Payout Details**

| | |
|---|---|
| Status | Suspended |
| Payout date | Jan 27, 2026 PDT |
| Payout cycle | Bi-weekly |
| Payout method | ⬤ Payoneer |
| Billing method | N/A - Add now |

⊘ To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.

Learn more about suspensions

