# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation,<br><br>    Plaintiff,<br>    v.<br><br>The Partnerships And Unincorporated Associations Identified on Schedule "A",<br><br>    Defendants. | Case No. 1:25-cv-14961-JLA-JTG<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Jeffrey T. Gilbert |

## DECLARATION OF SHAOYING ZHANG IN SUPPORT OF MOVING DEFENDANTS' MOTION TO DISMISS

I, Shaoying Zhang, declare under penalty of perjury that the following is true and correct:

1. I am the owner of the Amazon store BUZHI ("BUZHI"). I am over the age of 18 years. My position and duties provide me with the knowledge provided for in this declaration. I have personal knowledge of the facts contained in this Declaration, and if called as a witness could and would testify competently to the facts as stated herein.

2. BUZHI's business address is located in China. BUZHI is not a registered business in Illinois or anywhere else in the United States and does not have any residence or business facility in Illinois or anywhere else in the United States.

3. BUZHI does not have any sales of the allegedly infringing products that have been removed as a result of this litigation and has not shipped any such products to Illinois or anywhere else in the United States.

4. BUZHI does not have any profits from any sales in Illinois or anywhere else in the United States for the products that were removed as a result of this litigation.

5. Since there were no sales and no profits relating to the allegedly infringing products that have been removed as a result of this litigation, any amounts that have been restrained through this litigation have no relation to any of the claims raised by Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of March 2026, in China.

By: *SHAOYING ZHANG*
SHAOYING ZHANG

2
DECLARATION OF SHAOYING ZHANG Case No. 1:25-cv-14961-JLA-JTG