# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Yiwu Baimei Electronic Commerce Co., Ltd., )   Case Number: 25-cv-14961
)
)
Plaintiff, )
)
v. )
)
)
The Partnerships and Unincorporated )   Honorable Jorge L. Alonso
Associations Identified on Schedule "A," )
)
)

Defendants.

## (UNOPPOSED) DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

NOW COME the Defendants, Dayilier and Chadusil, ("Defendants"), through counsel, and respectfully request this Court extend the time by 21 days to file a response to the Plaintiff's Motion for Preliminary Injunction. In support:

1.  This is the first motion for an extension of time filed by the Defendants.

2.  The Defendants are currently in settlement negotiations with the Plaintiff.

3.  The Defendants need additional time to try and reach a settlement, or if not, respond to Plaintiff's Motion for Preliminary Injunction.

4.      The Court previously granted the Defendants' motion (Doc. 29) to set a briefing

schedule. *See* Doc. 34. Defendants were ordered to respond to the Motion for

Preliminary Injunction by March 4, 2026. *Id.*

5.      This Court may, for good cause, extend the time by which Defendants' response

is due if a request is made, before the original time or its extension expires. Fed.

R. Civ. P. 6(b)(1)(A).

6.      The Defendants request this Court extend the date 21 days from the

date of this filing on which Defendants must respond to Plaintiff's Motion for

Preliminary Injunction, if ultimately necessary, to March 25, 2026.

6.      Plaintiff does not object to this Motion.


WHEREFORE, the Defendants respectfully request this Honorable Court enter an Order:

Extending the date on which their response to Plaintiff's Motion for Preliminary Injunction is

due 21 days to March 25, 2026.


March 4, 2026                          Respectfully submitted,


                                      s/ Christopher Keleher

                                      Christopher Keleher
                                      The Keleher Appellate Law Group, LLC
                                      1 East Erie St., Suite 525
                                      Chicago, IL 60611
                                      312-448-8491
                                      ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on March 4, 2026 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com