# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd.

                                                     Plaintiff,

v.

                                                     Case No.: 1:25−cv−14961

                                                     Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendants BUZHI, ZHINZHOU, TINGSHANG, and TOP5EX move [50] to exceed the page limitation in their memorandum in support of their motion to dismiss. Motion [50] is granted. These Defendants also move [51] to dismiss. Plaintiff shall respond by 3/11/26. Defendants shall reply 3/16/26. The parties are instructed to continue to meet and confer to resolve this dispute, and shall notify the Court promptly if they do so. Presentment of motions set for 3/12/26 is stricken. The parties shall file a joint status report by 3/17/26 updating the Court on the status of settlement negotiations and pending motions. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.