IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 25-cv-14961 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFF'S OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff"), by and through the undersigned counsel, hereby moves for and extension of time to respond to Defendant Nos. 22 (TINGSHANG), 24 (TOP5EX), 50 (BUZHI), and 92's (ZHIZHOU) ("Defendants") Motion to Dismiss [Doc. 51] until March 18, 2026. In support thereof, Plaintiff submits the following:

1.    On December 16, 2025, Plaintiff filed its Amended Complaint alleging violations of 17 U.S.C. § 101 et seq. (copyright infringement) against Defendants. [Doc. 7].

2.    On December 17, 2025, Plaintiff filed its Motion for Temporary Restraining Order Including a Temporary Injunction and Temporary Asset Restraint. [Doc. 12]. The Court granted this Motion on January 16, 2026. [Doc. 18]. On January 26, 2026, Plaintiff filed its Motion to Extend the TRO. [Doc. 20]. On January 27, 2026, the Court granted this Motion and Extended the TRO through February 13, 2026. [Doc. 21]. The TRO expired on February 13, 2026.

3. On February 10, 2026, Plaintiff filed its Motion for Preliminary Injunction ("Motion for PI"). [Doc. 24]. This Motion is pending before the Court.

4. On February 11, 2026, Plaintiff filed Return Summons. [Doc. 26].

5. On March 3, 2026, Defendants appeared in the case. [Doc. 49].

6. On March 3, 2026, Defendants filed their Motion to Dismiss. [Doc. 51].

7. On March 4, 2026, the Court entered an Order setting a deadline of March 11, 2026 for Plaintiff to file a Response to Defendants' Motion to Dismiss. [Doc. 55].

8. On March 5, 2026, Plaintiff served its First Set of Requests for Production and First Set of Interrogatories on Defendants (collectively, "Plaintiff's Discovery Requests").

9. Plaintiff now respectfully requests that the Court extend the deadline for Plaintiff to file a Response to Defendants' Motion to Dismiss by seven (7) days, until March 18, 2026, so that Plaintiff may have time to review Defendants' Responses to Plaintiff's Discovery Requests.

10. Fed. R. Civ. P. 6(b)(1) states that "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

11. The opinion of *McCann v. Cullinan* set forth the standard:

> Consequently, under Rule 6, when a party seeks an extension of time, the court may extend the time if good cause is shown. Fed. R. Civ. P. 6(b)(1). But Rule 6 differentiates between requests for extensions made *before* the time has expired and requests made *after* the time has expired. If the request is made before the time has expired, then only good cause must be shown. *Under Rule 6,* 'good cause' is not a high standard.

2015 WL 4254226 at *7 (N.D. Ill. July 14, 2015) (citing *Ahanchian v. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010)).

12. As this Motion is filed prior to the deadline expiring, the good cause standard applies.

13. Good cause exists here. Plaintiff is currently negotiating settlement with Defendant and requests this extension of time to explore settlement options. Allowing Plaintiff to further explore settlement in this case is in the interest of conserving judicial resources.

14. Plaintiff has also served Discovery Requests on Defendant. The extension of time will allow Plaintiff to receive Defendant's discovery responses, which in turn will allow Plaintiff to fully and substantively respond to Defendant's Motion to Dismiss.

15. This is the first request by Plaintiff for the relief requested.

16. Plaintiff's request for additional time to file its Reply is not intended to cause undue delay.

17. No party will be prejudiced by the relief requested herein.

18. Plaintiff has reached out to Defendant's counsel inquiring as to whether this Motion for Extension of Time is opposed or unopposed. Defendants oppose the relief requested.

### Prayer for Relief

Wherefore, Plaintiff respectfully requests the following relief:

a) That Plaintiff may have a seven (7) day extension of time to file its Reply to Defendant's Response until March 18, 2026; and

b) Any additional relief that the Court deems proper and just.

Respectfully submitted this 9th day of March, 2026.

/s/ William J. Hausman
Bar No. 6353083
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 (212) 500-3268
Fax: +1 (212) 500-3269
Email: whausman@fordbanister.com
*Counsel for Plaintiff*