IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-14961 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a) AND MOTION FOR FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b) AS TO CERTAIN DEFENDANTS**

Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff") by and through its undersigned counsel, moves for entry of default pursuant to Fed. R. Civ. P. 55(a) and for entry of final default judgment pursuant to Fed. R. Civ. P. 55(b) against Certain Defendants[1] (hereinafter, the "Defaulting Defendants") identified on the Amended Schedule A consistent with the proposed order submitted herewith. A Memorandum of Law in Support is filed concurrently with this Motion.

---

[1] This Motion is against Defendant Nos. 1-7, 10, 13-16, 18-21, 23, 25-49, 51-53, 55-56, 58, 60-80, 82-91, and 93-94 Identified on the Amended Schedule A.

Respectfully Submitted this 11th of March, 2026,

/s/ William Hausman
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: +1 (212) 500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*