# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD.,<br><br>         Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>         Defendants. | Case No. 25-cv-14961<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 24, 2026 at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his stead in Courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion:

1) PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AS TO DEFENDANT NOS. 22, TINGSHANG AND 24, TOP5EX AND MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS [DOC. 51]. [Doc. 83]

Respectfully Submitted this 18th of March, 2026.

*/s/ William Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 (212) 500-3268
Fax: +1 (212) 500-3269
Email: whausman@fordbanister.com
*Counsel for Plaintiff*
