**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., | |
| Plaintiff, | Case No. 25-cv-14961 |
| v. | **Judge Jorge L. Alonso** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | **Magistrate Judge Jeffrey T. Gilbert** |
| Defendants. | |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Amended Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally registered copyrights (the "Hollow Halloween Copyrighted Works") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of the Hollow Halloween Copyrighted Works. *See* Docket No.[10], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing versions of the Hollow Halloween Copyrighted Works.

A list of the Hollow Halloween Copyrighted Works is included in the below chart.

| U.S. Copyright Registration Number | Work Title | Issue Date |
|---|---|---|
| VA 2-270-357 | Hollow Halloween Design Spider AE2127 | Aug. 22, 2021 |
| VA 2-270-532 | Hollow Halloween Design Ghost Hand AE2129 | Oct. 3, 2021 |

| VA 2-270-548 | Hollow Halloween Design Cat and Bat AE2157 | Aug. 22, 2021 |
| --- | --- | --- |
| VA 2-270-545 | Hollow Halloween Design Pumpkin AE2168 | Aug. 22, 2021 |
| VA 2-270-544 | Hollow Halloween Design Witch with Skull AE2169 | Aug. 22, 2021 |
| VA 2-270-547 | Hollow Halloween Design Spider AE2197 | Aug. 22, 2021 |
| VA 2-270-546 | Hollow Halloween Design Moon Bat AE2209 | Aug. 22, 2021 |
| VA 2-265-759 | Hollow Halloween Design Skull AE 2210 | Aug. 23, 2021 |

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 101, et seq.).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying Hollow Halloween Copyrighted Works in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Hollow Halloween Copyrighted Works;

3

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Hollow Halloween Copyrighted Works and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrighted works, including the Hollow Halloween Copyrighted Works, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon, Walmart, Payoneer, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Paypal, AirWallex, Stripe, and PingPong (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Hollow Halloween Copyrighted Works; and

4

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Hallow Holloween Copyrighted Works or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Hollow Halloween Copyrighted Works.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Hollow Halloween Copyrighted Works.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of seventy-five thousand U.D. dollars ($75,000) for willful copyright infringement on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, Amazon, Walmart, Payoneer, LianLian, Paypal, Amazon Pay, AirWallex, Stripe, and PingPong, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Walmart, Payoneer, LianLian, Paypal, Amazon PayAirWallex, Stripe, and PingPong, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Walmart, Payoneer, LianLian, Paypal, Amazon Pay, AirWallex, Stripe, and PingPong, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Jun Wu and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the temporary restraining order no longer applies to any Defendant.

This is a Default Judgment.

Dated: March 19, 2026

_____

Jorge L. Alonso
United States District Judge

6

## Schedule A

| Defendant No. | Platform | Store Name | Store Url |
|---|---|---|---|
| 1 | Walmart | Adbnpza | https://www.walmart.com/seller/101587841?itemId=5965105333&pageName=item&returnUrl=%2Fip%2FAdbnpza-Stud-Earrings-For-Women-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Halloween-Earrings-Best-Gift-For-The-Day%2F5965105333 |
| 2 | Walmart | Allyouwant | https://www.walmart.com/seller/101582514?itemId=6296965300&pageName=item&returnUrl=%2Fip%2FNew-Halloween-Spider-Earrings-Fashion-Claw-Skull-Poison-Bottle-Print-Acrylic-Halloween-Earrings-Jewelry%2F6296965300%3Fwmlspartner%3Dwlpa%26selectedSellerId%3D101582514 |
| 3 | Walmart | Cotonie | https://www.walmart.com/seller/101006435?itemId=5192125429&pageName=item&returnUrl=%2Fip%2FBlack-and-Friday-Deals-2023-Cotonie-Scary-Spider-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings%2F5192125429%3Ffrom%3D%2Fsearch |
| 4 | Walmart | Danyang LLC | https://www.walmart.com/seller/101221859?itemId=5086541742&pageName=item&returnUrl=%2Fip%2Fapepal-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings%2F5086541742 |
| 5 | Walmart | FNNMNNR Co. Ltd | https://www.walmart.com/seller/101290247?itemId=5131562401&pageName=item&returnUrl=%2Fip%2FFNNMNNR-JETTINGBUY-Acrylic-Halloween-Big-Heart-Hollow-Evil-Skeleton-Skull-Head-Earring-Fashion-Gift%2F5131562401 |
| 6 | Walmart | futianmaoyi | https://www.walmart.com/seller/102574256?itemId=5273880541&pageName=item&returnUrl=%2Fip%2F12pcs-Halloween-Witch-Pumpkin-Black-Cat-Spider-Hook-Round-Drop-Dangle-Earrings%2F5273880541%3FclassType%3DREGULAR%26from%3D%2Fsearch |

| | | | |
|---|---|---|---|
| 7 | Walmart | Hamiiimisi | https://www.walmart.com/seller/101296547?itemId=5039805079&pageName=item&returnUrl=%2Fip%2FRosarivae-1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F5039805079%3Ffrom%3D%2Fsearch |
| 8 | EXCLUDE | EXCLUDE | EXCLUDE |
| 9 | EXCLUDE | EXCLUDE | EXCLUDE |
| 10 | Walmart | Miamewom | https://www.walmart.com/seller/101570582?itemId=9803804241&pageName=item&returnUrl=%2Fip%2FEarrings-for-Women-Halloween-Clearance-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Halloween-Earrings-Best-Gift-For-The-Day%2F9803804241%3FclassType%3DVARIANT%26from%3D%2Fsearch |
| 11 | EXCLUDE | EXCLUDE | EXCLUDE |
| 12 | EXCLUDE | EXCLUDE | EXCLUDE |
| 13 | Walmart | Niahfd | https://www.walmart.com/seller/101597165?itemId=5571115698&pageName=item&returnUrl=%2Fip%2FNiahfd-Earrings-for-Women-on-Sale-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Halloween-Earrings-Best-Gift-for-The-Day-Jewelry-C%2F5571115698 |

| | | | |
|---|---|---|---|
| 14 | Walmart | NIVIYA Co.Ltd | https://www.walmart.com/seller/101654806?itemId=9125971229&pageName=item&returnUrl=%2Fip%2FNiviya-Halloween-Earrings-Clearance-Earrings-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Halloween-Earrings-Best-Gift-for-The-Day-Lady-Earrings-A%2F9125971229 |
| 15 | Walmart | NOCOH | https://www.walmart.com/seller/102522954?itemId=11500974782&pageName=item&returnUrl=%2Fip%2FHalloween-Earrings-For-Women-Bat-Cat-Witch-Set-Spider-Web-Pumpkin-Skull-Black-Boo-Drop-Holiday-Jewelry-Outfit-Costumes-Accessories-S4720%2F11500974782%3FclassType%3DREGULAR%26from%3D%2Fsearch |
| 16 | Walmart | Piklothy | https://www.walmart.com/seller/101288596?itemId=1408661863&pageName=item&returnUrl=%2Fip%2FBig-Hoop-Earrings-for-Women-90s-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Earrings-Gift-For-The-Day-Pin-Earrings%2F1408661863 |
| 17 | EXCLUDE | EXCLUDE | EXCLUDE |
| 18 | Walmart | Tangyin Lianyejia Network Technology Co. Ltd | https://www.walmart.com/seller/101297416?itemId=1324367378&pageName=item |
| 19 | Walmart | Te Rui De Shop | https://www.walmart.com/seller/101093752?itemId=5011335254&pageName=item&returnUrl=%2Fip%2FTRCompare-Halloween-Skull-Spider-Web-Spider-Bat-Moon-Earrings-Retro-Style-Smiling-Face-Pumpkin-Fun-Acrylic-Earrings-Trendy-Jewelry%2F5011335254%3Ffrom%3D%2Fsearch |
| 20 | Walmart | Tiitstoy | https://www.walmart.com/seller/101191281?itemId=1009136069&pageName=item&returnUrl=%2Fip%2FTiitstoy-Scary-Spider-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings%2F1009136069%3Ffrom%3D%2Fsearch |

| | | | |
|---|---|---|---|
| 21 | Walmart | Timerunfa | https://www.walmart.com/seller/101262566?itemId=5048718070&pageName=item&returnUrl=%2Fip%2Fkoaiezne-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Earrings-Gift-For-The-Day%2F5048718070%3Ffrom%3D%2Fsearch |
| 22 | EXCLUDE | EXCLUDE | EXCLUDE |
| 23 | Walmart | TONGMI Co., Ltd | https://www.walmart.com/seller/101274146?itemId=3724558781&pageName=item |
| 24 | EXCLUDE | EXCLUDE | EXCLUDE |
| 25 | Walmart | Toyella | https://www.walmart.com/seller/101261925?itemId=2561361736&pageName=item |
| 26 | Walmart | TROUYANG Co., Ltd. | https://www.walmart.com/seller/101297220?itemId=1120709302&pageName=item |
| 27 | Walmart | UEGEQU Co.ltd | https://www.walmart.com/seller/101501204?itemId=5107370847&pageName=item&returnUrl=%2Fip%2FFestival-Gift-UEGEQU-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings-C%2F5107370847 |
| 28 | Walmart | Ultra-fast delivery | https://www.walmart.com/seller/101206001?itemId=5058203006&pageName=item&returnUrl=%2Fip%2FYilirongyumm-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Halloween-Earrings-Best-Gift-For-The-Day%2F5058203006 |
| 29 | Walmart | wangqing | https://www.walmart.com/seller/101308767?itemId=5033960823&pageName=item&returnUrl=%2Fip%2FKSCYKKKD-Halloween-Decorations-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings-B-One-Size%2F5033960823 |
| 30 | Walmart | WANYNG INC | https://www.walmart.com/seller/101196319?itemId=5028877036&pageName=item&returnUrl=%2Fip%2FWANYNG-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Halloween-Earrings-Best-Gift-For-The-Day-for-Halloween-Gift%2F5028877036%3Ffrom%3D%2Fsearch |

| | | | |
|---|---|---|---|
| 31 | Walmart | WAYHERO Co.Ltd | https://www.walmart.com/seller/101275164?itemId=1383542295&pageName=item |
| 32 | Walmart | WNG | https://www.walmart.com/seller/101227008?itemId=5094157804&pageName=item&returnUrl=%2Fip%2FWNG-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Earrings-Gift-for-The-Day%2F5094157804 |
| 33 | Walmart | WRSU Trade | https://www.walmart.com/seller/101316281?itemId=2734578899&pageName=item |
| 34 | Walmart | YHAOTP | https://www.walmart.com/seller/101286253?itemId=1533123979&pageName=item |
| 35 | Walmart | YIWANS Co., Ltd. | https://www.walmart.com/seller/101268483?itemId=2916968360&pageName=item |
| 36 | Walmart | YLSTORE | https://www.walmart.com/seller/101410324?itemId=3192473862&pageName=item&returnUrl=%2Fip%2FUp-to-65-Off-Aoujea-Earrings-Scary-Spider-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings%2F3192473862 |
| 37 | Walmart | YOHOME PRODUCTS | https://www.walmart.com/seller/101039698?itemId=5090336294&pageName=item&returnUrl=%2Fip%2FFestival-Gift-YOHOME-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings-B%2F5090336294 |
| 38 | Walmart | YOUDAYI | https://www.walmart.com/seller/101185599?itemId=2149989817&pageName=item |
| 39 | Walmart | yubikelmi Dtydtpe | https://www.walmart.com/seller/101211395?itemId=3881814210&pageName=item&returnUrl=%2Fip%2FHIBRO-80s-Jewelry-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Earrings-Gift-For-The-Day%2F3881814210%3Ffrom%3D%2Fsearch |
| 40 | Walmart | YUEWAY | https://www.walmart.com/seller/101196391?itemId=2927607759&pageName=item |
| 41 | Walmart | yuliping | https://www.walmart.com/seller/101292569?itemId=1973084515&pageName=item |
| 42 | Walmart | YUOPEEA | https://www.walmart.com/seller/101284301?itemId=2219038159&pageName=item |

| | | | |
|---|---|---|---|
| 43 | Walmart | Z's Household Co. Ltd | https://www.walmart.com/seller/101229002?itemId=5008299672&pageName=item&returnUrl=%2Fip%2F1-pair-Halloween-Party-Women-Girls-Hollow-Festival-Charm-Jewelry-Big-Circle-Spider-Web-Skull-Earrings-Halloween-Drop-Earrings-5%2F5008299672 |
| 44 | Walmart | Z's Home Co.Ltd | https://www.walmart.com/seller/101184335?itemId=1797725846&pageName=item |
| 45 | Amazon | abel tang | https://www.amazon.com/sp?ie=UTF8&seller=A3MTCP3IQLZNRV&asin=B0B9H5Y8T2&ref_=dp_merchant_link |
| 46 | Amazon | Alangbudu jewelry | https://www.amazon.com/sp?ie=UTF8&seller=ACSOY9N6XOUU3&asin=B0C2QH5HP7&ref_=dp_merchant_link |
| 47 | Amazon | binzhougaoxinqupeiweibaihuodian | https://www.amazon.com/sp?ie=UTF8&seller=A10E0NG65RPBOC&asin=B0C7VHYS22&ref_=dp_merchant_link |
| 48 | Amazon | bobosong | https://www.amazon.com/sp?ie=UTF8&seller=AV8I7VF6CWMBK&asin=B0B8N7VYH8&ref_=dp_merchant_link |
| 49 | Amazon | bounteke | https://www.amazon.com/sp?ie=UTF8&seller=A2DLTYO6UNQC10&asin=B0CFZDDT9L&ref_=dp_merchant_link |
| 50 | EXCLUDE | EXCLUDE | EXCLUDE |
| 51 | Amazon | CaiJuChenG | https://www.amazon.com/sp?ie=UTF8&seller=A33YOL2HN94O9G&asin=B0CF3ZW9XL&ref_=dp_merchant_link |
| 52 | Amazon | Canggai'store | https://www.amazon.com/sp?ie=UTF8&seller=A2J9WH9F3MPF1Q&asin=B0CBV2P7MP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 53 | Amazon | caoxianhengxiubaihuofuzhuangdian | https://www.amazon.com/sp?ie=UTF8&seller=A1LFT7RDY3FB4J&asin=B0BW8PJKRM&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 54 | EXCLUDE | EXCLUDE | EXCLUDE |
| 55 | EXCLUDE | EXCLUDE | EXCLUDE |
| 56 | Amazon | CTXXUN | https://www.amazon.com/sp?ie=UTF8&seller=A83YNPFGZWGKV&asin=B0BRRM6JTY&ref_=dp_merchant_link |
| 57 | EXCLUDE | EXCLUDE | EXCLUDE |
| 58 | Amazon | Dianhang Auto Parts Business Department, Kundulun | https://www.amazon.com/sp?ie=UTF8&seller=A2W6VLKU9NSQB2&asin=B0BSDGDMR3&ref_=dp_merchant_link |
| 59 | EXCLUDE | EXCLUDE | EXCLUDE |
| 60 | Amazon | dongguanshimengchienshanshangmaoyouxianggongsi（优尼正好） | https://www.amazon.com/sp?ie=UTF8&seller=A328EL8Y5HNWQR&asin=B0CDVJ25ZT&ref_=dp_merchant_link |
| 61 | Amazon | Dudodoo | https://www.amazon.com/sp?ie=UTF8&seller=A389CK2G0AKDZ0&asin=B0BRT6YTBX&ref_=dp_merchant_link |
| 62 | Amazon | duiyi05 | https://www.amazon.com/sp?ie=UTF8&seller=AFUZU7UPRODDO&asin=B0C52T6R9B&ref_=dp_merchant_link |
| 63 | Amazon | DUPSI | https://www.amazon.com/sp?ie=UTF8&seller=A15JP5WH5NJY3S&asin=B0BLNQMVSC&ref_=dp_merchant_link |
| 64 | Amazon | Earring Rose Gold | https://www.amazon.com/sp?ie=UTF8&seller=A2BI076NHMNTB7&asin=B0C56MBGVS&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 65 | Amazon | ErRan | https://www.amazon.com/sp?ie=UTF8&seller=A3TR4ZILZNVJGO&asin=B0CHP54424&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 66 | Amazon | ESEENS | https://www.amazon.com/sp?ie=UTF8&seller=A2KOHXFZ3L23AU&asin=B0C71HHJ7P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 67 | Amazon | EVERELAM | https://www.amazon.com/sp?ie=UTF8&seller=A178BOE68H02GE&asin=B0C722KRSL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 68 | Amazon | fengUSseta | https://www.amazon.com/sp?ie=UTF8&seller=A3MQ57ZDNGBVOY&asin=B0CDC5PCRP&ref_=dp_merchant_link |
| 69 | Amazon | foshanshinanhaiquouweimingshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A359V2R43US724&asin=B0BV1N4R8Q&ref_=dp_merchant_link |
| 70 | Amazon | fszhiyuebang | https://www.amazon.com/sp?ie=UTF8&seller=A1SBKW4IILCH1E&asin=B0BVTC1T39&ref_=dp_merchant_link |
| 71 | Amazon | fushenlongeus | https://www.amazon.com/sp?ie=UTF8&seller=AV2H3T8HMZZT1&asin=B0CJ9K3VD5&ref_=dp_merchant_link |
| 72 | Amazon | GuoheStore | https://www.amazon.com/sp?ie=UTF8&seller=A2QMSDT66G8NHF&asin=B0CHW6GH5Z&ref_=dp_merchant_link |
| 73 | Amazon | haikoushimanyushangmaoyouxiangongsi 海口市漫郁商贸有限 | https://www.amazon.com/sp?ie=UTF8&seller=A2YB7YPV56IUHF&asin=B0BXWJMJ5B&ref_=dp_merchant_link |
| 74 | Amazon | Herlloy | https://www.amazon.com/sp?ie=UTF8&seller=A3VPP7J0858G9G&asin=B0CB91GRSL&ref_=dp_merchant_link |
| 75 | Amazon | HongHu Co.Ltd | https://www.amazon.com/sp?ie=UTF8&seller=AS39JKR3Z72R6&asin=B0CG8R4CXL&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 76 | Amazon | HONGJD | https://www.amazon.com/sp?ie=UTF8&seller=A83YNPFGZWGKV&asin=B0BRRM6JTY&ref_=dp_merchant_link |
| 77 | Amazon | HULIYANG | https://www.amazon.com/sp?ie=UTF8&seller=A2HCZKV2BGV4E9&asin=B0C89RGNSZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 78 | EXCLUDE | EXCLUDE | EXCLUDE |
| 79 | Amazon | MEIYIN | https://www.amazon.com/sp?ie=UTF8&seller=A1QC3KT64EF6BG&asin=B0CFQZWZKK&ref_=dp_merchant_link |
| 80 | Amazon | MITang | https://www.amazon.com/sp?ie=UTF8&seller=ACK43A8HTL07Y&asin=B0CF1WBVRK&ref_=dp_merchant_link |
| 81 | EXCLUDE | EXCLUDE | EXCLUDE |
| 82 | Amazon | Mounianmtmy ★★★★★ | https://www.amazon.com/sp?ie=UTF8&seller=A28U7RHK4AJPA1&asin=B0CB2SNG1L&ref_=dp_merchant_link |
| 83 | Amazon | Oluo | https://www.amazon.com/sp?ie=UTF8&seller=AEZE4SRKWDPEX&asin=B0CJQJ31MZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | Amazon | POOUSI US | https://www.amazon.com/sp?ie=UTF8&seller=A2TPG6ICCOQKDD&asin=B0CGHSNYGK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 85 | Amazon | qinrenerxinmaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A2HAN3CWVIKNSF&asin=B0CHYK4JL5&ref_=dp_merchant_link |
| 86 | Amazon | ROSTIVO | https://www.amazon.com/sp?ie=UTF8&seller=A197KGYJBTWJ4W&asin=B0CCDN3CQM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | Amazon | RuiShangMaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A3VTSFLP7IX0WX&asin=B0CGHB4M1Q&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | | | |
|---|---|---|---|
| 88 | Amazon | wonnalt | https://www.amazon.com/sp?ie=UTF8&seller=AXOSYO34FMLGT&asin=B0CHJWQV6Q&ref_=dp_merchant_link |
| 89 | Amazon | XINLINGXIAODIAN | https://www.amazon.com/sp?ie=UTF8&seller=A3N2NCFUDJ6AHI&asin=B0CMP4CJ3D&ref_=dp_merchant_link |
| 90 | EXCLUDE | EXCLUDE | EXCLUDE |
| 91 | Amazon | YuYuAma | https://www.amazon.com/sp?ie=UTF8&seller=A1XN1OZBB8EPML&asin=B0CKLLL24K&ref_=dp_merchant_link |
| 92 | EXCLUDE | EXCLUDE | EXCLUDE |
| 93 | Amazon | ZYHANING | https://www.amazon.com/sp?ie=UTF8&seller=APZOB1KPY9RI4&asin=B0CKR148BG&ref_=dp_merchant_link |
| 94 | Amazon | ZZISEEM-US | https://www.amazon.com/sp?ie=UTF8&seller=A1ER18NKDWW0Z8&asin=B0BDD7T815&ref_=dp_merchant_link |