**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>The Partnerships And Unincorporated Associations Identified on Schedule "A",<br><br>   Defendants. | **Case No. 1:25-cv-14961-JLA-JTG**<br><br><br>**Honorable Judge Jorge L. Alonso**<br>**Magistrate Judge Jeffrey T. Gilbert** |

**DECLARATION OF DAVID SILVER, ESQ. IN SUPPORT OF RESPONDING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND TO STAY MOTION TO DISMISS**

I, David Silver, of the City of Las Vegas, in the State of Nevada, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the State of Nevada and I am admitted to practice before this Court. I am an attorney-at-law in the law firm of Bayramoglu Law Offices LLC, where I practice primarily intellectual property law including patents, trademarks, and copyrights, and I am currently representing Defendants TINGSHANG and TOP5EX ("Responding Defendants") in this matter. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I took over the representation for Responding Defendants and emailed Plaintiff's counsel of the change in representation on February 27, 2026 at approximately 11:21am Pacific Time. Attached as **Exhibit A** is a true and correct copy of the email with an accurate time stamp.

3. In my initial email to Plaintiff's counsel, I specifically stated "please direct all correspondence to me in the future." I also requested an "initial offer," indicating that settlement discussions needed to start anew.

DECLARATION OF D. SILVER IN SUPPORT OF
RESPONDING DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO ENFORE SETTLEMENT
AND TO STAY MOTION TO DISMISS

Case No. 1:25-cv-14961-JLA-JTG

4. Plaintiff's counsel responded "copy to co-counsel and staff" on February 27, 2026 at approximately 11:29am Pacific Time. Attached as **Exhibit B** is a true and correct copy of the email with an accurate time stamp.

5. Only after learning about and acknowledging the change in counsel, Plaintiff attempted to try to accept the now invalid claim from Responding Defendants' prior counsel on February 27, 2026 at approximately 11:39am Pacific Time. See Dkt. 83-2 at pg. 2 (the 9:39pm timestamp being equivalent to 11:39am Pacific Time is based on the fact that the emails from Dkt. 83-3 at pg. 12 are also timestamped in the 9:00pm hour despite being the exact same emails as Exhibits A and B attached hereto that are timestamped at the equivalent 11:00am hour on Pacific Time).

6. Plaintiff's counsel then attempted to inform me that there had already been an acceptance with Responding Defendant's prior counsel in an email on February 27, 2026 at approximately 11:46am Pacific Time. Attached as **Exhibit C** is a true and correct copy of the email with an accurate time stamp.

7. When informing me of Plaintiff's claim of acceptance with Responding Defendant's prior counsel, Plaintiff's counsel informed me that Plaintiff would "shortly forward a settlement agreement." I never received any such agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of March, 2026 at Las Vegas, Nevada.

By: /s/ *David Silver*
David Silver, Esq.

2

DECLARATION OF D. SILVER IN SUPPORT OF
RESPONDING DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO ENFORE SETTLEMENT
AND TO STAY MOTION TO DISMISS

Case No. 1:25-cv-14961-JLA-JTG

**CERTIFICATE OF SERVICE**

I, David Silver, hereby certify that on March 20, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ David Silver*
DAVID SILVER, ESQ.

DECLARATION OF D. SILVER IN SUPPORT OF
RESPONDING DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO ENFORE SETTLEMENT
AND TO STAY MOTION TO DISMISS

Case No. 1:25-cv-14961-JLA-JTG