**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd, ) | Case Number: 25-cv-14961 |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| The Partnerships And Unincorporated ) | |
| Associations Identified On Schedule "A", ) | |
| ) | Honorable Jorge L. Alonso |
| ) | |
| | |
| Defendants. | |

**(UNKNOWN IF OPPOSED) DEFENDANTS' FIRST MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME the Defendants, Chadusil and Dayilier, ("Defendants"), through counsel, and

respectfully request this Court extend the time by 21 days to file a response to the Complaint. In

support:

1. This is the first motion for an extension of time filed by the Defendants regarding

   the Complaint; the Court previously granted the Defendants an extension

   regarding a response to Plaintiff's motion for preliminary injunction. *See* Doc. 56.

2.      The Defendants are currently in settlement negotiations with the Plaintiff.

3.      The Defendants need additional time to try and reach a settlement, or if not,

respond to Plaintiff's Complaint.

4.      The Defendants request this Court extend the date 21 days from the

date of this filing on which Defendants must respond to Plaintiff's Complaint, if

ultimately necessary, to April 24, 2026.

5.      The undersigned reached out to Plaintiff yesterday regarding this Motion, but has

not received a reply as of this filing.

WHEREFORE, the Defendants respectfully request this Honorable Court enter an Order:

Extending the date on which their response to Plaintiff's Complaint is due 21 days to April 24,

2026.

April 3, 2026                          Respectfully submitted,


s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on April 3, 2026 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com