**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

YIWU BAIMEI ELECTRONIC COMMERCE
CO., LTD.,

                    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                    Defendants.

Case No.: 25-cv-14961

**Judge Jorge L. Alonso**

**Magistrate Judge Jeffrey T. Gilbert**

**JOINT STATUS REPORT PURSUANT TO COURT ORDER [DOC. 93]**

Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff"), Defendant Nos. 22 (TINGSHANG), 24 (TOP5EX), 50 (BUZHI), and 92's (ZHIZHOU) (collectively, "Defendants"), by and through the undersigned counsel, hereby submit this status report pursuant to Court Order [Doc. 93]. In support thereof, the parties submit the following:

**Joint Status Report**

1.      On March 4, 2026, Defendants filed their Motion to Dismiss. [Doc. 51]. This motion is pending before the Court.

2.      On March 18, 2026, Plaintiff filed its Motion to Enforce Settlement against Defendant Nos. 22 and 24. [Doc. 83]. On March 20, 2026, Defendants filed their Response in Opposition to Plaintiff's Motion to Enforce Settlement. [Doc. 103]. On April 2, 2026, Plaintiff filed its Reply to Defendants' Response. [Doc. 109]. This motion is pending before the Court.

3.      On March 18, 2026, Plaintiff filed its Motion for Jurisdictional Discovery as to Defendant Nos. 50 and 92. [Doc. 86]. On March 27, 2026, Defendants filed their Response in

Opposition to Plaintiff's Motion for Jurisdictional Discovery. [Doc. 107]. On April 3, 2026, Plaintiff filed its Reply to Defendants' Response. [Doc. 110]. This motion is pending before the Court.

4.     As of the time of this filing, settlement negotiations have stalled. At this juncture, resolution through settlement appears unlikely.

Respectfully submitted this 20th day of April, 2026.

| | |
|---|---|
| */s/ David Silver* | */s/ William J. Hausman* |
| David Silver | Bar No. 6353083 |
| **BAYRAMOGLU LAW OFFICES, LLC** | Ford Banister LLC |
| 1540 West Warm Springs Road, Suite 100 | 305 Broadway - Floor 7 |
| Henderson, Nevada 89014 | New York NY 10007 |
| T: (702) 462-5973 | Telephone: +1 (212) 500-3268 |
| F: (702) 553-3404 | Fax: +1 (212) 500-3269 |
| david@bayramoglu-legal.com | Email: whausman@fordbanister.com |
| *Attorneys for TINGSHANG, TOP5EX,* | *Counsel for Plaintiff* |
| *BUZHI, and ZHIZHOU* | |