# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd.

                                 Plaintiff,

v.

                                 Case No.:
1:25−cv−14961

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant MOHAO moves [32] to dismiss on the basis that it "never sold or shipped any accused products to the U.S." Plaintiff responds at [47] and requests an opportunity to conduct jurisdictional discovery. The Court will allow Plaintiff to conduct limited jurisdictional discovery. Defendants Buzhi, Zhizhou, Tingshang, and Top5ex also move [51] to dismiss on the basis that they "had no accused products that were ever sold in the State of Illinois." In response, Plaintiff moves [86] for jurisdictional discovery regarding Defendants Buzhi and Zhizhou. Plaintiff's motion [86] is granted and the Court will allow Plaintiff to conduct limited jurisdictional discovery. Also in response, Plaintiff moves [83] to enforce settlement as to Defendants Tingshang and Top5ex. Regarding this issue, Defendants Tingshang and Top5ex shall file a surreply by 5/4/27 addressing the arguments raised in [109]. In short, Plaintiff';s motion [86] is granted and this case is referred to the Magistrate Judge for the purpose of supervising jurisdictional discovery. By 5/11/26, the parties shall file a joint status report updating the Court on the status of jurisdictional discovery and all pending motions. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.