**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Yiwu Baimei Electronic Commerce Co., Ltd.

                                    Plaintiff,

v.
                                         Case No.:
                                         1:25−cv−14961

                                         Honorable Jorge L.
                                         Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2026:

     MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision. The parties must file a joint status report with a proposed scheduling order for jurisdictional discovery no later than 5/11/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.