## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd.

         Plaintiff,

v.                Case No.:
                 1:25−cv−14961
                 Honorable Jorge L.
                 Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

   MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the joint status report at [124]. As Defendant MOHAO has been dismissed from this case, Defendant MOHAO's motion [32] to dismiss is denied as moot. The parties shall submit a joint status report after the conclusion of jurisdictional discovery on 7/14/26. The parties shall address all pending motions and shall note: (1) whether the parties have reached an agreement to resolve any pending motions based on jurisdictional discovery, (2) whether any motions require further briefing based on jurisdictional discovery, (3) which motions are fully briefed and ripe for the Court to rule on it, and (4) proposed next steps in this case. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.