**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 25-cv-14961 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANTS (No. 55) ChenQianHua AND (No. 78) kepvrio.**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd., hereby dismisses the instant action without prejudice as to Defendants (No. 55) ChenQianHua and (No. 78) kepvrio.

Respectfully submitted this 4th of June, 2026.

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: +1 (212) 500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*

1